**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FILED BY
05 JUL 27 PM 4:05
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

CASE NO. 05-21646-CIV-SEITZ/MCALILEY

WILLIAM SCHOENBAUM AND
ELAYNE STERN individually, and on
behalf of all others similarly situated,

Plaintiffs,

v.

THE PROCTER[1] & GAMBLE COMPANY,

Defendant.

_______________________________________/

THE PROCTER & GAMBLE COMPANY'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), Defendant The Procter & Gamble Company ("P&G") moves to dismiss the Complaint in its entirety. The grounds upon which P&G has moved to dismiss are set forth at length in the accompanying Memorandum of Law, and in summary form below.

Plaintiffs do not allege facts sufficient to support a cause of action against P&G. The Complaint seeks to hold P&G responsible for counterfeit Head & Shoulders and counterfeit Pantene. But P&G did not manufacture, authorize, distribute or sell counterfeit Head & Shoulders or counterfeit Pantene. P&G is a victim of counterfeiting, not the perpetrator. This lawsuit should not be permitted to proceed on a theory that would force the victim of a crime to pay for the alleged injury caused by the illegal counterfeiting operation.

[1] Plaintiffs misspelled "Procter" in the Complaint. P&G spells it correctly.



STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
MUSEUM TOWER, 150 WEST FLAGLER STREET, MIAMI, FLORIDA 33130 • TELEPHONE (305) 789-3200

The alleged violations of 15 U.S.C. § 45 and 15 U.S.C. § 52 should be dismissed because no private cause of action exists for violations of those provisions. The claims of medical monitoring (second cause of action), negligence (third cause of action), fraud (fourth cause of action), RICO (seventh cause of action), and deceptive and unfair trade (eighth cause of action) should be dismissed because no duty exists for P&G to conduct a nationwide advertising campaign about illegal counterfeit Head & Shoulders and counterfeit Pantene.

The implied warranty cause of action (fifth cause of action) should be dismissed because P&G as a manufacturer did not provide a warranty on either the counterfeit Head & Shoulders or the counterfeit Pantene, and because no privity exists between P&G and Plaintiffs. In addition to the absence of a duty to speak, the fraud allegation should be dismissed because scienter has not been alleged. The RICO cause of action should be dismissed because the Complaint fails to allege a predicate act, fails to allege damage as a result of the racketeering violation, and fails to plead with the required particularity. The RICO cause of action should also be dismissed for Plaintiffs' failure to file the Civil RICO Case Statement required by S.D. Fla. L.R. 12.1. The Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") claim should be dismissed because the Complaint fails to allege prohibited acts, because FDUTPA does not cover personal injury claims such as those alleged in this case, and because P&G did not sell or manufacture the counterfeit products.

Finally, all claims should be dismissed because proximate cause does not exist and because the Plaintiffs lack standing since they have not alleged any actual, present injury.



STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
MUSEUM TOWER, 150 WEST FLAGLER STREET, MIAMI, FLORIDA 33130 • TELEPHONE (305) 789-3200

WHEREFORE, P&G respectfully requests that the Court grant its motion, dismiss Plaintiffs' Complaint with prejudice, and grant such additional relief as it deems appropriate.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Suite 2200, Museum Tower
150 West Flagler Street
Miami, Florida 33130
(305) 789-3200 - Telephone
(305) 789-3395 - Facsimile

By: ______________________
JAY B. SHAPIRO
Florida Bar No. 0776361
jshapiro@swmwas.com
ADAM M. SCHACHTER
Florida Bar No. 0647101
aschachter@swmwas.com

Attorneys for Defendant
The Procter & Gamble Company

Of Counsel:

Fulbright & Jaworski LLP
Mark N. Mutterperl
Mark A. Robertson
Jenifer S. McIntosh
666 Fifth Avenue
New York, New York 10103-3198
Telephone: 212-318-3000
Telecopier: 212-318-3400

Kramer Levin Naftalis & Frankel LLP
Geoffrey Potter
Alison Sclater
Yehudis Lewis
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9402
Telecopier: 212-715-8402

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. mail this 27 day of July, 2005, to:

Matthew P. Slingbaum, Esq.
Gregory E. Schwartz, Esq.
Schwartz Zweben & Slingbaum
3876 Sheridan Street
Hollywood, Florida 33021

and

Michael R. Miller, Esq.
801 NE 167th Street
Second Floor
North Miami Beach, FL 33162

Adam M. Schachter