UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.

05-21646

CIV - SEITZ / McALILEY

WILLIAM SCHOENBAUM and ELAYNE STERN individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

THE PROCTOR & GAMBLE COMPANY,

Defendant.

_______________________________________/

FILED by ___ D.C.
JUN 22 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**MOTION TO APPEAR *PRO HAC VICE***

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Michael R. Miller, of the law firm Michael R. Miller, Esq., 801 NE 167th Street, Second Floor, North Miami Beach, FL 33162, 305-792-9000, for purposes of appearing as co-counsel on behalf of William Schoenbaum and Elayne Stern herein, in the above-styled case only.

Michael R. Miller certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of The Florida Bar and the United States District Court for the Eastern District of Louisiana. Attached hereto is a Certificate of Good Standing from the Clerk of the United States District Court for the Eastern District of Louisiana.

In further support of this motion, it is hereby designated that Matthew P. Slingbaum, Esq. is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom

papers may be served. In addition, the law firm of SCHWARTZ ZWEBEN & SLINGBAUM acts as local counsel in this matter on behalf of William Schoenbaum and Elayne Stern.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: 6/8/05

Matthew P. Slingbaum, Esq.

Executed under penalty of perjury on the 6th day of June, 2005 at 3876 Sheridan Street Hollywood Fl 33021

Respectfully Submitted,

**SCHWARTZ ZWEBEN & SLINGBAUM**

By: ______________________

Matthew P. Slingbaum, Esq.
Florida Bar No. 0195979
Gregory E. Schwartz, Esq.
Florida Bar No. 095559
4651 Sheridan Street, Suite 355
Hollywood, Florida 33021
Telephone:(954) 966-2483
Facsimile:(954) 966-2566
mslingbaum@szalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent via U.S. mail this 8 day of June, 2005 to:

By: ______________________

Matthew P. Slingbaum, Esq.
Florida Bar No. 0195979
Gregory E. Schwartz, Esq.
Florida Bar No. 095559
4651 Sheridan Street, Suite 355
Hollywood, Florida 33021
Telephone:(954) 966-2483
Facsimile:(954) 966-2566
mslingbaum@szalaw.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.

WILLIAM SCHOENBAUM and ELAYNE STERN
individually, and on behalf of all others
similarly situated,

Plaintiffs,

v.

THE PROCTOR & GAMBLE COMPANY,

Defendant.
______________________________________/

**<u>ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*</u>**

This cause has come before the Court upon the application of Michael R. Miller, Esq., counsel for William Schoenbaum and Elayne Stern, for permission to appear and participate *pro hac vice* in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Miami, Florida, this _______ day of ________________, 2005.

______________________________
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Counsel of record

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern **DISTRICT OF** Louisiana

**CERTIFICATE OF GOOD STANDING**

*I,* Loretta G. Whyte *, Clerk of this Court,*

*certify that* Michael R. Miller *, Bar #* 9504 *,*

*was duly admitted to practice in this Court on*

1/25/1984 *, and is in good standing*
*DATE*

*as a member of the Bar of this Court.*

*Dated at* New Orleans, Louisiana *on* 5/19/2005 .
*LOCATION* *DATE*

[signature: Loretta G. Whyte]
*CLERK*

[signature]
*DEPUTY CLERK*