27

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 05-21646-CIV-SEITZ/MCALILEY

WILLIAM SCHOENBAUM AND
ELAYNE STERN individually, and on
behalf of all others similarly situated,

Plaintiffs,

v.

THE PROCTER[1] & GAMBLE COMPANY,

Defendant.
_______________________________________/

THE PROCTER & GAMBLE COMPANY'S MOTION FOR SANCTIONS

Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927, Defendant The Procter & Gamble Company ("P&G") moves for sanctions against plaintiffs' counsel. The grounds upon which P&G has moved for sanctions are set forth at length in the accompanying Memorandum of Law, and in summary form below.

The Complaint is without merit. The Complaint is based entirely upon P&G's own action commenced in federal court in New York against suspected counterfeiters, one of whom is represented by the same counsel representing the purported class here. On its face, the Complaint is frivolous, and was apparently filed for the improper purpose of retaliating against P&G for prosecuting its own anti-counterfeiting suit in New York. P&G is a victim of counterfeiting, not the perpetrator. Plaintiffs' counsel should be held accountable for sanctions,

[1] Plaintiffs misspelled "Procter" in the Complaint. P&G spells it correctly.



27/ct

including the attorney's fees and costs that P&G has expended to respond to this vexatious lawsuit.

WHEREFORE, P&G respectfully requests that the Court grant its motion, sanction plaintiffs' counsel and award P&G its reasonable costs and attorney's fees incurred in this action, and grant such additional relief as it deems appropriate.

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Suite 2200, Museum Tower
150 West Flagler Street
Miami, Florida 33130
(305) 789-3200 - Telephone
(305) 789-3395 - Facsimile

By: ______________________
JAY B. SHAPIRO
Florida Bar No. 0776361
jshapiro@swmwas.com
ADAM M. SCHACHTER
Florida Bar No. 0647101
aschachter@swmwas.com

Attorneys for Defendant
The Procter & Gamble Company

Of Counsel:

Fulbright & Jaworski LLP
Mark N. Mutterperl
Mark A. Robertson
Jenifer S. McIntosh
666 Fifth Avenue
New York, New York 10103-3198
Telephone: 212-318-3000
Telecopier: 212-318-3400

Kramer Levin Naftalis & Frankel LLP
Geoffrey Potter
Yehudis Lewis
A. Owen Glist
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9402
Telecopier: 212-715-8402

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was delivered by hand this 4 day of August, 2005, to:

Matthew P. Slingbaum, Esq.
Gregory E. Schwartz, Esq.
Schwartz Zweben & Slingbaum
3876 Sheridan Street
Hollywood, Florida 33021

and

Michael R. Miller, Esq.
801 NE 167th Street
Second Floor
North Miami Beach, FL 33162

Adam M. Schachter



KL3 2457280.1