UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 05-21646-Civ-Seitz
# DE#29

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- ☐ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☒ DOUBLE SIDED
- ☒ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = ____________________

# PLEASE REFER TO COURT FILE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-21646-CIV-SEITZ

| | | |
|---|---|---|
| WILLIAM SCHOENBAUM and ELAYNE STERN individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER[1] & GAMBLE COMPANY<br><br>Defendant. | § § § § § § § § § § § § § | **DECLARATION OF GEOFFREY POTTER, ESQ. IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS** |

Geoffrey Potter, pursuant to 28 U.S.C. § 1746, declares:

1. I am an attorney at law, duly admitted to the practice of law in the state and federal courts of the State of New York and in other jurisdictions and am counsel with the law firm of Kramer Levin Naftalis and Frankel LLP, one of the firms representing the Defendant, the Procter & Gamble Company ("P&G"). A motion for my admission *pro hoc vice* to the United States District Court for the Southern District of Florida is pending. I make this declaration in support of P&G's motion for sanctions against plaintiffs' attorneys for violating Rule 11 of the Federal Rules of Civil Procedure.

2. On the signature page of the complaint is Attorney Michael R. Miller. Miller also represents Gary Gruenberg, who along with his brother-in-law Fred Harrick manufactured and distributed the counterfeit products. When I deposed Gary Gruenberg and his wife Sylvia Gruenberg in the case commenced against the counterfeiters by P&G in the Eastern District of

---

[1] Plaintiffs misspelled "Procter" in the Complaint. P&G spells it correctly.

New York, the Gruenbergs were represented at their depositions by Miller. (Attached hereto as Exhibit A are the pages of deposition transcripts noting Miller's appearance.) Miller stated to me that he had represented the Gruenbergs in a variety of actions over a period of years.

**Background**

3. Upon discovering counterfeit Pantene and Head & Shoulder hair care products for sale, P&G alerted the Food and Drug Administration, the Department of Customs and other government agencies. It also sent a notice to retailers advising them how they could distinguish between the counterfeit and authentic products. (Ex. B.)

4. P&G conducted an intensive investigation to determine the identity of those responsible for the counterfeits which led to the commencement of a lawsuit against the counterfeiters in the Eastern District of New York. (A copy of the Third Amended Complaint is attached as Exhibit C.) P&G considered this matter so important that it retained two prominent law firms as lead counsel to pursue the counterfeiters as well as the international investigative firm, Kroll, Inc.

5. P&G, through the use of court ordered seizures and other means, removed from the market all of the counterfeit products that its extensive investigation uncovered. As far as P&G knows, the counterfeits are no longer being offered at retail sale and are not otherwise in the chain of distribution.

**Miller's Client, Gary Gruenberg**

6. On July 7, 2004, the United States District Court for the Eastern District of New York issued an *ex parte* order of seizure authorizing the seizure of documents and computer drives from Gary Gruenberg's home in Aventura, Florida. (Ex. D.) The seizure was conducted

and documents and copies of computer drives were seized. Subsequently, the court entered a preliminary injunction against Gary Gruenberg. (Ex. E.)

7. A Panamanian court, at the request of P&G and other companies, conducted an inspection in Panama City of the offices of Fred Harrick, Gary Gruenberg's brother-in-law. Documents were seized and computer forensic experts from Kroll copied Harrick's computer drives and recovered previously deleted information.

8. From the information obtained at the seizures in Panama and Florida as well as from the dozens of depositions, numerous interviews and the review of more than 50,000 pages of documents obtained from parties and non-parties, such as banks, e-mail providers, freight forwarders, shipping lines and warehouses, it is clear to me that Gary Gruenberg and Fred Harrick worked together to manufacture and distribute the counterfeit products for which the proposed class – represented by Gruenberg's lawyer – seeks to punish P&G.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2005

Geoffrey Potter