FILED by EG D.C.
ELECTRONIC

Oct 7 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 05-21646-CIV-SEITZ/McALILEY

WILLIAM SCHOENBAUM AND
ELAYNE STERN individually, and on
behalf of all others similarly situated,

Plaintiffs,

v.

THE PROCTER & GAMBLE COMPANY,

Defendant.

_________________________________________/

**NOTICE OF FILING**

COME NOW, Plaintiffs, WILLIAM SCHOENBAUM and ELAYNE STERN, by and through the undersigned counsel, and hereby separately files this Exhibit C-5, originally part of its Second Amended Class Action Complaint simultaneously E-filed on this 7th day of October, 2005, due to the 75-page limit per document as per Local Rules.

Respectfully Submitted,

**SCHWARTZ ZWEBEN & SLINGBAUM LLP**

By: ____/s/ Gregory E. Schwartz_____
Gregory E. Schwartz, Esq.
Florida Bar No. 095559
Matthew P. Slingbaum, Esq.
Florida Bar No. 0195979
3876 Sheridan Street
Hollywood, Florida 33021
Telephone:(954) 966-2483
Facsimile:(954) 966-2566
mslingbaum@szalaw.com

**-and-**

Michael R. Miller, Esq.
Florida Bar No. 508179
801 NE 167th Street
Second Floor
North Miami Beach, Fl 33162
Telephone: 305-792-9000
Facsimile :305-455-2050
miller@millerlaw.net

**Certificate of Service**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court and to the following ECF Registrants on this 7th day of October, 2005:

**jshapiro@swmwas.com ; and aschachter@swmwas.com .**

____/s/ Gregory E. Schwartz_____
Gregory E. Schwartz, Esq.

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 120 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 30-Jun-2004 | Email | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Grammerstorf, Jan P P&G | Attorney/Client | Attorney communications re counterfeit investigations |
| 30-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Mutterperl, Mark of Fulbright & Jaworski, LLP | Clements, Walter P&G<br>Grammerstorf, Jan P P&G<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Attorney communications re counterfeit investigations |
| 30-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Clements, Walter P&G<br>Grammerstorf, Jan P P&G<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | Attorney/Client | Attorney communications re counterfeit investigations |

PLAINTIFF'S EXHIBIT C-5

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 121 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 30-Jun-2004 | Report | Christensen, Cherryl J P&G | Christensen, Cherryl J P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 30-Jun-2004 | Email | McAneny, Jack P&G | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.) | Hackman, Rick J P&G | Attorney/Client | Email memorandum re consumer relation strategies |
| 30-Jun-2004 | Email | Klas, Kyle P&G | Geis, Phil A P&G<br>Klass, Jeremy M P&G (Esq.) | Armstrong, Chris P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email request to attorney re anti-counterfeiting actions |
| 30-Jun-2004 | Email | Achor, Cindy P&G | Cornwell, Lori P&G | | Work Product | Email memo re counterfeit investigation |
| 30-Jun-2004 | Email | Achor, Cindy P&G | Achor, Cindy P&G | | Attorney/Client | Notes taken at the direction of attorney re counterfeit investigations |
| 30-Jun-2004 | Email | Klas, Kyle P&G | Geis, Phil A P&G<br>Klass, Jeremy M P&G (Esq.) | Armstrong, Chris P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email memo re counterfeit investigation |
| 1-Jul-2004 | Email | Marsh, Anitra P&G | Hackman, Rick J P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>McAneny, Jack P&G | Cornwell, Lori P&G<br>Evenson, Eric T P&G<br>Rose, Anthony P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email memo re consumer relations strategies |
| 1-Jul-2004 | Email | Hagopian, Gary P&G (Esq.) | Marsh, Anitra P&G | Cornwell, Lori P&G<br>Evenson, Eric T P&G<br>Hackman, Rick J P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>McAneny, Jack P&G<br>Rose, Anthony P&G<br>Zerkle, Tanya P&G | Attorney/Client | Attorney edits to memo re consumer relations strategies and communications |
| 1-Jul-2004 | Report | Hagopian, Gary P&G (Esq.) Attorney | Rose, Anthony P&G | | Work Product | Attorney edits to memo re consumer relations strategies and communications |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 122 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 1-Jul-2004 | Email | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email memo re counterfeit investigation |
| 1-Jul-2004 | Email | Hagopian, Gary P&G (Esq.) | Marsh, Anitra P&G | Cornwell, Lori P&G<br>Evenson, Eric T P&G<br>Hackman, Rick J P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>McAneny, Jack P&G<br>Rose, Anthony P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email memo re counterfeit investigation update |
| 1-Jul-2004 | Email | Hagopian, Gary P&G (Esq.)<br>Attorney | Medina, Marilu L P&G | Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email memo re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 1-Jul-2004 | Email | Snead, Linda P&G | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Hagopian, Gary P&G (Esq.)<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.)<br>McAneny, Jack P&G<br>Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Geis, Phil A P&G<br>Huggins, Beth A P&G | Attorney/Client | Email memo re counterfeit investigation |
| 1-Jul-2004 | Email | Klas, Kyle P&G | Armstrong, Chris P&G | Geis, Phil A P&G<br>Klass, Jeremy M P&G (Esq.)<br>Zerkle, Tanya P&G | Attorney/Client | Email memo re counterfeit investigation |
| 1-Jul-2004 | Email | Evenson, Eric T P&G | McAneny, Jack P&G | Christensen, Cherryl J P&G<br>Hackman, Rick J P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Triebwasser, Keith C P&G | Attorney/Client | Email memo re counterfeit investigation |
| 1-Jul-2004 | Email | Hagopian, Gary P&G (Esq.) | Triebwasser, Keith C P&G | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Hackman, Rick J P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>McAneny, Jack P&G | Attorney/Client | Email memorandum re consumer relation strategies |
| 1-Jul-2004 | Correspondence | Huber, Maureen S P&G | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Letter re counterfeit investigation update |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 124 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 1-Jul-2004 | Memo | Huber, Maureen S P&G | Lewis, Yehudis of Kramer Levin Naftalis & Frankel LLP | | Attorney/Client | Note re counterfeit investigation update |
| 1-Jul-2004 | Memo | Armstrong, Chris P&G | Klass, Jeremy M P&G (Esq.) Attorney | | Attorney/Client Work Product | Memo re counterfeit investigation |
| 1-Jul-2004 | Email | Triebwasser, Keith C P&G | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>McAneny, Jack P&G | Hackman, Rick J P&G | Attorney/Client | Email seeking attorney advice re consumer relations strategies |
| 1-Jul-2004 | Email | McAneny, Jack P&G | Evenson, Eric T P&G | | Work Product | Email memorandum re consumer relations communications |
| 1-Jul-2004 | Manual / Technical | McAneny, Jack P&G | Evenson, Eric T P&G | | Work Product | Attached research to email re consumer relations communications |
| 1-Jul-2004 | Email | Hackman, Rick J P&G | Marsh, Anitra P&G | Cornwell, Lori P&G<br>Evenson, Eric T P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>McAneny, Jack P&G<br>Rose, Anthony P&G<br>Zerkle, Tanya P&G | Work Product | Email providing comments on memordandum re consumer relations communications |

**THE PROCTER & GAMBLE COMPANY**
**PLAINTIFF'S PRIVILIGE D DOCUMENT LOG**
**Page 125 of 136**

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 1-Jul-2004 | Email | Hagopian, Gary P&G (Esq.) | McAneny, Jack P&G | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Hackman, Rick J P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Triebwasser, Keith C P&G | Attorney/Client | Attorney directions re consumer relations communications |
| 1-Jul-2004 | Email | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Grammerstorf, Jan P P&G | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Attorney communications re counterfeit investigations |
| 1-Jul-2004 | Email | Hagopian, Gary P&G (Esq.) Attorney | Grammerstorf, Jan P P&G | Clements, Walter P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Attorney communications re counterfeit investigations |
| 1-Jul-2004 | Email | Hagopian, Gary P&G (Esq.) | Triebwasser, Keith C P&G | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Hackman, Rick J P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>McAneny, Jack P&G | Attorney/Client | Attorney comments on counterfeiting investigations and consumer relations strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 126 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 1-Jul-2004 | Email | Mahoney, Amanda D P&G | Christensen, Cherryl J P&G<br>Klas, Kyle P&G<br>Zerkle, Tanya P&G | Geis, Phil A P&G | Work Product | Email update re contamination investigation |
| 1-Jul-2004 | Email | McAneny, Jack P&G | Marsh, Anitra P&G | | Attorney/Client<br>Work Product | Email memorandum re consumer relations response |
| 1-Jul-2004 | Email | Rose, Anthony P&G | Hagopian, Gary P&G (Esq.) | Cornwell, Lori P&G<br>Evenson, Eric T P&G<br>Hackman, Rick J P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Marsh, Anitra P&G<br>McAneny, Jack P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email memorandum re consumer relations response |
| 1-Jul-2004 | Email | Mahoney, Amanda D P&G | Christensen, Cherryl J P&G<br>Klas, Kyle P&G<br>Zerkle, Tanya P&G | Geis, Phil A P&G | Work Product | Email memo re counterfeit investigation update |
| 1-Jul-2004 | Email | Rose, Anthony P&G | Hagopian, Gary P&G (Esq.) | Cornwell, Lori P&G<br>Evenson, Eric T P&G<br>Hackman, Rick J P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Marsh, Anitra P&G<br>McAneny, Jack P&G<br>Zerkle, Tanya P&G | Attorney/Client | Communications to attorney re anti-counterfeiting actions |
| 1-Jul-2004 | Email | Klas, Kyle P&G | Armstrong, Chris P&G | Geis, Phil A P&G<br>Klass, Jeremy M P&G (Esq.)<br>Zerkle, Tanya P&G | Attorney/Client | Email memo re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 2-Jul-2004 | Email | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Grammerstorf, Jan P P&G<br>Klas, Kyle P&G | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Attorney request for information re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 128 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 2-Jul-2004 | Email | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email presenting information requested of attorney re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 129 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 2-Jul-2004 | Email | Klas, Kyle P&G | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email memo re counterfeit investigation |

**THE PROCTER & GAMBLE COMPANY**
**PLAINTIFF'S PRIVILIGE D DOCUMENT LOG**
**Page 130 of 136**

| Main Date. | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 2-Jul-2004 | Email | Klas, Kyle P&G | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email memo re counterfeit investigation |
| 2-Jul-2004 | Email | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email re litigation prep |

**THE PROCTER & GAMBLE COMPANY**
**PLAINTIFF'S PRIVILIGE D DOCUMENT LOG**
**Page 131 of 136**

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 2-Jul-2004 | Email | Clements, Walter P&G | Hagopian, Gary P&G (Esq.) | Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email memo re counterfeit investigation |
| 2-Jul-2004 | Email | Haynes, Sharon P&G | Andvik, Kevin L P&G<br>Bailey, Jeff G P&G<br>Ballard, Sandra E P&G<br>Bullock, Tracy L P&G<br>Cohen, Jeffrey E P&G<br>Gibson, Kevin P&G<br>Grobman, Mark L P&G<br>Harris, Mark P P&G<br>Kennedy, Cindy M P&G List<br>Martinez, Chris P&G<br>Meeks, Kimberly A P&G<br>Rosfeld, Jeff P&G<br>Ross, Adam P&G<br>Schoen, Sally E P&G<br>Sykes, Gregory L P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Pace, Doug C P&G<br>Sanders, John D P&G | Work Product | Email memorandum re consumer relations strategies |
| 2-Jul-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |

THE PROCTER & GAMBLE COMPANY
- PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 132 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 2-Jul-2004 | Email | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Clements, Walter P&G<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Harty, Rita of Fulbright & Jaworski, LLP<br>Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Attorney communications re counterfeit investigations |
| 2-Jul-2004 | Email | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Grammerstorf, Jan P P&G | | Attorney/Client | Attorney communications re counterfeit investigations |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 133 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 2-Jul-2004 | Email | Klas, Kyle P&G | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Work Product | Email memo re counterfeiting investigations |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 134 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 2-Jul-2004 | Email | Klas, Kyle P&G | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email response to attorney directive for information re counterfeit investigation |

**THE PROCTER & GAMBLE COMPANY**
**PLAINTIFF'S PRIVILIGE D DOCUMENT LOG**
**Page 135 of 136**

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 2-Jul-2004 | Email | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email memo re counterfeit investigation |
| 2-Jul-2004 | Email | Klas, Kyle P&G | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Email memo re counterfeit investigation |
| 2-Jul-2004 | Email | Klas, Kyle P&G | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email memo re counterfeit investigation |

**THE PROCTER & GAMBLE COMPANY**
**PLAINTIFF'S PRIVILIGE D DOCUMENT LOG**
**Page 136 of 136**

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 2-Jul-2004 | Email | Klas, Kyle P&G | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email memo re counterfeit investigation |
| 2-Jul-2004 | Email | Klas, Kyle P&G | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Email memo re counterfeit investigation |
| 2-Jul-2004 | Email | Klas, Kyle P&G | Huggins, Beth A P&G | | Work Product | Email re affidavit for counterfeit investigation |
| 5-Jul-2004 | Email | Klass, Jeremy M P&G (Esq.) | Hagopian, Gary P&G (Esq.)<br>Miller, Lynne P&G (Esq.) | | Attorney/Client | Email memo re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 16-Jun-2004 | Email | McAneny, Jack P&G | Marsh, Anitra P&G | | Attorney/Client | Email memorandum re consumer relation strategies |
| 16-Jun-2004 | Email | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Miller, Unknown P&G<br>Moyer, David P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email update from attorney re counterfeit investigation |
| 16-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | | Attorney/Client | Email update from attorney re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 16-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G | Attorney/Client | Email update to attorneys re consumer relations communications |
| 16-Jun-2004 | Email | Geis, Phil A P&G | Zerkle, Tanya P&G | | Work Product | Email memo re counterfeit investigation update |
| 16-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Klas, Kyle P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Zerkle, Tanya P&G | Attorney/Client | Request by attorney for information re contamination investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 71 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 16-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G | Attorney/Client | Email memo re counterfeit investigations, consumer relations strategies |
| 16-Jun-2004 | Email | Harms, Valerie P&G | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Cornwell, Lori P&G<br>Goebel, Bob P&G | Herrington, Shannon M P&G<br>Rowekamp, Leslie P&G | Work Product | Email memorandum re consumer relation strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 72 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 16-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G | Attorney/Client | Email memorandum re consumer relation strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 73 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 16-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G | Attorney/Client | Email memo re counterfeit investigation update |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 16-Jun-2004 | Email | Anderskow, Ronald P&G | Byer, Andrew A P&G<br>Carnegie, Maile P&G<br>Carra, Giovanni P&G<br>Gonzalez, Sonsoles P&G<br>Hasselbeck, Rick P&G<br>Hedrick, Bruce M P&G<br>Robinson, Rob L P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Shapiro, Ron E P&G<br>Spicer, Bob T P&G<br>Thompson, Bryan H P&G<br>Victa, Tanya C P&G<br>Wertepny, Steve D P&G | | Work Product | Email memo re counterfeit investigation |
| 16-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Klas, Kyle P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email memo re counterfeit investigation |
| 16-Jun-2004 | Email | Klas, Kyle P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Winkler, Bill M P&G | | Work Product | Email memo re counterfeit investigation update |
| 16-Jun-2004 | Email | Klas, Kyle P&G | Haynes, Sharon P&G<br>Winkler, Bill M P&G | Hasselbeck, Rick P&G | Work Product | Email memo re counterfeit investigation update |
| 16-Jun-2004 | Email | Klas, Kyle P&G | Klass, Jeremy M P&G (Esq.) | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email memo re counterfeit investigation |
| 16-Jun-2004 | Email | Klas, Kyle P&G | Haynes, Sharon P&G | | Work Product | Email memo re counterfeit investigation update |

**THE PROCTER & GAMBLE COMPANY**
**PLAINTIFF'S PRIVILIGE D DOCUMENT LOG**
**Page 75 of 136**

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 16-Jun-2004 | Email | Klas, Kyle P&G | Haynes, Sharon P&G<br>Winkler, Bill M P&G | Hasselbeck, Rick P&G | Work Product | Email memo re counterfeit investigation update |
| 17-Jun-2004 | Email | Brennen, Maria P&G | Klas, Kyle P&G | Cornwell, Lori P&G | Work Product | Email memorandum re consumer relations strategies |
| 17-Jun-2004 | Article / Publication | Winkler, Bill M P&G | Murray, Kevin P&G | | Work Product | Attach report to email memorandum re counterfeiting investigation |
| 17-Jun-2004 | Email | Winkler, Bill M P&G | Baravetto, John T P&G<br>Murray, Kevin P&G<br>Shapiro, Ron E P&G | Klas, Kyle P&G | Work Product | Email re counterfeit investigations |
| 17-Jun-2004 | Email | Klas, Kyle P&G | Haynes, Sharon P&G<br>Winkler, Bill M P&G | Hasselbeck, Rick P&G | Work Product | Email memorandum re counterfeiting investigation |
| 17-Jun-2004 *(Estimated)* | Report | Klas, Kyle P&G | Winkler, Bill M P&G | | Work Product | Attachement to email memorandum re counterfeiting investigation |
| 17-Jun-2004 | Email | Klas, Kyle P&G | Haynes, Sharon P&G<br>Winkler, Bill M P&G | Hasselbeck, Rick P&G | Work Product | Email memorandum re counterfeiting investigation |
| 17-Jun-2004 *(Estimated)* | Report | Klas, Kyle P&G | Winkler, Bill M P&G | | Work Product | Attachement to email memorandum re counterfeiting investigation |
| 17-Jun-2004 | Email | Winkler, Bill M P&G | Klas, Kyle P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G | Work Product | Comments on email memorandum re counterfeiting investigation |
| 17-Jun-2004 | Email | Winkler, Bill M P&G | Klas, Kyle P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Murray, Kevin P&G | Work Product | Comments on email memorandum re counterfeiting investigation |
| 17-Jun-2004 | Email | Winkler, Bill M | Crabtree, Paul J P&G<br>Meyer, Gerry B P&G<br>Peischl, Gregory C P&G | Shapiro, Ron E P&G | Work Product | Email memorandum on counterfeit investigation strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 76 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 17-Jun-2004 | Email | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | | | Attorney/Client | Attorney communications re anti-counterfeiting actions |
| 17-Jun-2004 | Email | Klas, Kyle P&G | Zerkle, Tanya P&G | Christensen, Cherryl J P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Klass, Jeremy M P&G (Esq.)<br>Triebwasser, Keith C P&G | Attorney/Client | Email memo re counterfeit investigation |
| 17-Jun-2004 | Email | Zerkle, Tanya P&G | Christensen, Cherryl J P&G<br>Hagopian, Gary P&G (Esq.)<br>Klas, Kyle P&G<br>Triebwasser, Keith C P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Klass, Jeremy M P&G (Esq.) | Attorney/Client | Email memo re counterfeit investigation update |
| 17-Jun-2004 | Email | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email memo re counterfeit investigation update |
| 17-Jun-2004 | Email | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email memo re counterfeit investigation update |
| 17-Jun-2004 | Email | Grammerstorf, Jan P P&G | Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email memo re counterfeit investigation |
| 17-Jun-2004 | Email | Medina, Marilu L P&G | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.) | Trebbein, John D P&G | Attorney/Client | Email memo re counterfeit investigation update |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 17-Jun-2004 | Email | Grammerstorf, Jan P P&G | Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.) | Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G | Attorney/Client | Email memo re counterfeit investigation |
| 17-Jun-2004 | Email | Clements, Walter P&G | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Glazerman, Chuck P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | Attorney/Client | Email memo re counterfeit investigation |
| 17-Jun-2004 | Email | Mutterperl, Mark of Fulbright & Jaworski, LLP | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.)<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email memo re counterfeit investigation |
| 17-Jun-2004 | Email | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email memo re counterfeit investigation |
| 17-Jun-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 17-Jun-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 78 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 17-Jun-2004 | Email | Zerkle, Tanya P&G | Christensen, Cherryl J P&G<br>Hagopian, Gary P&G (Esq.)<br>Klas, Kyle P&G<br>Triebwasser, Keith C P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Klass, Jeremy M P&G (Esq.) | Attorney/Client | Communication to Attorney re contamination investigation |
| 17-Jun-2004 | Notes | Christensen, Cherryl J P&G | Christensen, Cherryl J P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 17-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Christensen, Cherryl J P&G<br>Clements, Walter P&G<br>Dean, Jeff L P&G<br>Grammerstorf, Jan P P&G<br>Haynes, Sharon P&G<br>Klas, Kyle P&G<br>McAneny, Jack P&G<br>Medina, Marilu L P&G<br>Murray, Kevin P&G<br>Zerkle, Tanya P&G | Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Kennedy, Jim L P&G<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Pendery, Celia M P&G | Attorney/Client<br>Work Product | Email re litigation prep |
| 17-Jun-2004 | Email | Clements, Walter P&G | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Glazerman, Chuck P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | Attorney/Client | Email update to attorney re counterfeit investigation |
| 17-Jun-2004 | Email | Clements, Walter P&G | Glazerman, Chuck P&G | | Attorney/Client | Email update re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 79 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 17-Jun-2004 | Email | Evenson, Eric T P&G | Marsh, Anitra P&G | Christensen, Cherryl J P&G<br>Zerkle, Tanya P&G | Work Product | Email memo re external relations strategies |
| 17-Jun-2004 | Email | Klas, Kyle P&G | Zerkle, Tanya P&G | Christensen, Cherryl J P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, RA P&G<br>Haynes, Sharon P&G<br>Klass, Jeremy M P&G (Esq.)<br>Triebwasser, Keith C P&G | Attorney/Client | Email update re counterfeit investigations |
| 17-Jun-2004 | Email | Zerkle, Tanya P&G | Evenson, Eric T P&G<br>Marsh, Anitra P&G | Christensen, Cherryl J P&G<br>Hasselbeck, Rick P&G | Work Product | Email memo re counterfeit investigation update |
| 17-Jun-2004 | Email | Brennen, Maria P&G | Klas, Kyle P&G | Cornwell, Lori P&G | Work Product | Email memo re counterfeit investigation update |
| 17-Jun-2004 | Email | Klas, Kyle P&G | Zerkle, Tanya P&G | Christensen, Cherryl J P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Klass, Jeremy M P&G (Esq.)<br>Triebwasser, Keith C P&G | Attorney/Client | Email memo re counterfeit investigation |
| 17-Jun-2004 | Email | Klas, Kyle P&G | Haynes, Sharon P&G<br>Winkler, Bill M P&G | Hasselbeck, Rick P&G | Work Product | Email memo re counterfeit investigation update |
| 17-Jun-2004 | Email | Klas, Kyle P&G | Haynes, Sharon P&G<br>Winkler, Bill M P&G | Hasselbeck, Rick P&G | Work Product | Email memo re counterfeit investigation update |
| 17-Jun-2004 | Manual / Technical | Klas, Kyle P&G | Haynes, Sharon P&G | | Work Product | Draft report re counterfeit investigations |
| 18-Jun-2004 | Email | Cornwell, Lori P&G | Geiger, Annette P&G | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Nelsen, Amy P&G | Work Product | Email memorandum re consumer relations strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 80 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 18-Jun-2004 | Email | Cornwell, Lori P&G | Davitt, Marty P&G<br>Piening, Tracy P&G | Achor, Cindy P&G<br>Brennen, Maria P&G | Work Product | Email memorandum re consumer relations strategies |
| 18-Jun-2004 | Email | Cornwell, Lori P&G | Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.) | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Grace, Virginia P&G<br>Marsh, Anitra P&G | Attorney/Client | Email provided in response to request by attorney re consumer relations communications |
| 18-Jun-2004 | Email | Hampton, Kilani D P&G | Klass, Jeremy M P&G (Esq.) | Cornwell, Lori P&G<br>Harris, Karen K P&G<br>Kidd, Jennifer C P&G<br>Small, Lynn E P&G | Attorney/Client | Email providing information in response to an attorny's request re consumer relations investigations |
| 18-Jun-2004 | Email | Cornwell, Lori P&G | Marsh, Anitra P&G | Achor, Cindy P&G<br>Brennen, Maria P&G | Work Product | Email memorandum re consumer relation strategies |
| 18-Jun-2004 | Email | Cornwell, Lori P&G | Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.) | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Geiger, Annette P&G | Attorney/Client | Email seeking advise from attorneys re consumer relations communications |
| 18-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Cornwell, Lori P&G<br>Hampton, Kilani D P&G<br>Harris, Karen K P&G<br>Kidd, Jennifer C P&G<br>Small, Lynn E P&G | | Attorney/Client | Attorney request for information |
| 18-Jun-2004 | Report | Grammerstorf, Jan P P&G | Murray, Kevin P&G | | Work Product | Email memo re counterfeit investigation update |
| 18-Jun-2004 | Report | Haynes, Sharon P&G | Murray, Kevin P&G | | Work Product | Email memo re counterfeit investigation update |
| 18-Jun-2004 | Email | Winkler, Bill M P&G | Baravetto, John T P&G<br>Shapiro, Ron E P&G | Murray, Kevin P&G | Work Product | Email memorandum re counterfeiting investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 18-Jun-2004 | Email | Winkler, Bill M P&G | Baravetto, John T P&G<br>Shapiro, Ron E P&G | Murray, Kevin P&G | Work Product | Email update re counterfeiting investigation |
| 18-Jun-2004 | Email | Otto, Charlotte R P&G | Rose, Anthony P&G | Hale, Sue M P&G | Work Product | Email memorandum re consumer relations strategies |
| 18-Jun-2004 | Email | Glazerman, Chuck P&G | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | Attorney/Client | Email memo re counterfeit investigation |
| 18-Jun-2004 | Email | Cornwell, Lori P&G | Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.) | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Geiger, Annette P&G | Attorney/Client | Email memo re counterfeit investigation update |
| 18-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Cornwell, Lori P&G<br>Hampton, Kilani D P&G<br>Harris, Karen K P&G<br>Kidd, Jennifer C P&G<br>Small, Lynn E P&G | | Attorney/Client<br>Work Product | Email memo re counterfeit investigation update |
| 18-Jun-2004 | Report | Zerkle, Tanya P&G | Evenson, Eric T P&G | Christensen, Cherryl J P&G | Work Product | Draft memorandum re consumer relations responses |
| 18-Jun-2004 | Email | Morsch, Karen A P&G | Evenson, Eric T P&G | | Work Product | Email attaching draft memo re consumer relations communications |
| 18-Jun-2004 | Report | Evenson, Eric T P&G<br>Morsch, Karen A P&G | | | Work Product | Draft memorandum re consumer relations communications |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 82 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 18-Jun-2004 | Email | Marsh, Anitra P&G | Zerkle, Tanya P&G | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Hasselbeck, Rick P&G<br>Rose, Anthony P&G | Work Product | Email memorandum re consumer relations communications |
| 18-Jun-2004 | Email | Evenson, Eric T P&G | Long, Tim J P&G<br>McAneny, Jack P&G<br>Zerkle, Tanya P&G | Christensen, Cherryl J P&G | Work Product | Email memorandum re consumer relations communications |
| 18-Jun-2004 | Report | Evenson, Eric T P&G | Evenson, Eric T P&G | | Work Product | Attached draft memorandum re consumer relations communications |
| 18-Jun-2004 | Report | Long, Tim J P&G | Evenson, Eric T P&G<br>Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Comments to draft memorandum re consumer relations communications |
| 18-Jun-2004 | Report | Evenson, Eric T P&G | Long, Tim J P&G<br>Zerkle, Tanya P&G | | Work Product | Draft memorandum re consumer relations communications |
| 18-Jun-2004 | Email | Christensen, Cherryl J P&G | Evenson, Eric T P&G | | Attorney/Client | Comments provided to draft memorandum re consumer relations communications |
| 18-Jun-2004 | Email | Christensen, Cherryl J P&G | Evenson, Eric T P&G | | Work Product | Email update re consumer relations strategies |
| 18-Jun-2004 | Email | Evenson, Eric T P&G | Long, Tim J P&G<br>McAneny, Jack P&G<br>Zerkle, Tanya P&G | Christensen, Cherryl J P&G | Work Product | Email memorandum re consumer relations response |
| 18-Jun-2004 | Report | Evenson, Deb P&G | McAneny, Jack P&G | | Work Product | Draft report re consumer relations |
| 18-Jun-2004 | Email | McAneny, Jack P&G | Hackman, Rick J P&G | | Work Product | Email memorandum re consumer relations response |
| 18-Jun-2004 | Report | McAneny, Jack P&G | Evenson, Eric T P&G | | Work Product | Draft report re consumer relations |
| 18-Jun-2004 | Report | Long, Tim J P&G | McAneny, Jack P&G | | Work Product | Draft report re consumer relations |
| 18-Jun-2004 | Report | Zerkle, Tanya P&G | Evenson, Eric T P&G | | Work Product | Draft report re consumer relations |

**THE PROCTER & GAMBLE COMPANY**
**PLAINTIFF'S PRIVILIGE D DOCUMENT LOG**
**Page 83 of 136**

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 18-Jun-2004 *(Estimated)* | Report | Hackman, Rick J P&G | Hackman, Rick J P&G | | Work Product | Draft report re counterfeit investigations |
| 18-Jun-2004 | Email | Glazerman, Chuck P&G | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | Attorney/Client | Email update to attorney re counterfeit investigation |
| 18-Jun-2004 | Email | Zerkle, Tanya P&G | Triebwasser, Keith C P&G | | Work Product | Email memo re counterfeit investigation |
| 18-Jun-2004 | Email | Evenson, Eric T P&G | Long, Tim J P&G<br>McAneny, Jack P&G<br>Zerkle, Tanya P&G | Christensen, Cherryl J P&G | Work Product | Email memorandum re consumer relations response |
| 18-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Hagopian, Gary P&G (Esq.)<br>Miller, Lynne P&G (Esq.) | Attorney/Client | Attorney communication with updates and directives |
| 18-Jun-2004 | Email | Zerkle, Tanya P&G | Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Response to attorney request for information |
| 18-Jun-2004 | Email | Cornwell, Lori P&G | Geiger, Annette P&G | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Nelsen, Amy P&G | Work Product | Email memorandum re consumer relations response |
| 18-Jun-2004 | Email | Cornwell, Lori P&G | Marsh, Anitra P&G | Achor, Cindy P&G<br>Brennen, Maria P&G | Work Product | Email memorandum re consumer relations response |
| 18-Jun-2004 | Email | Klas, Kyle P&G | Winkler, Bill M P&G | | Work Product | Email memo re counterfeit investigation update |
| 20-Jun-2004 | Email | Klas, Kyle P&G | Haynes, Sharon P&G | Winkler, Bill M P&G | Work Product | Email update re counterfeiting investigation |

**THE PROCTER & GAMBLE COMPANY**
**PLAINTIFF'S PRIVILIGE D DOCUMENT LOG**


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 20-Jun-2004 | Email | Zerkle, Tanya P&G | Evenson, Eric T P&G | Christensen, Cherryl J P&G<br>Long, Tim J P&G<br>McAneny, Jack P&G | Work Product | Email memorandum re consumer relations response |
| 20-Jun-2004 | Email | Klas, Kyle P&G | Haynes, Sharon P&G | Winkler, Bill M P&G | Work Product | Email memo re counterfeit investigation update |
| 21-Jun-2004 | Email | Haynes, Sharon P&G | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Carranza, Reuben A P&G<br>McGeeney, John P P&G | Attorney/Client | Update email memorandum re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 85 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 21-Jun-2004 | Email | Grammerstorf, Jan P P&G | Haynes, Sharon P&G<br>Klas, Kyle P&G | Achor, Cindy P&G<br>Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Finocharo, John J P&G (Esq.)<br>Hagopian, Gary P&G (Esq.)<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>Marsh, Anitra P&G<br>McAneny, Jack P&G<br>McGeeney, John P P&G<br>Murray, Kevin P&G<br>Rose, Anthony P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G | Work Product | Investigation update |
| 21-Jun-2004 | Email | Cornwell, Lori P&G | Small, Lynn E P&G | | Attorney/Client | Information collected at direction of attorney |
| 21-Jun-2004 | Email | Cornwell, Lori P&G | Hampton, Kilani D P&G<br>Harris, Karen K P&G<br>Kidd, Jennifer C P&G<br>Small, Lynn E P&G | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Grace, Virginia P&G | Attorney/Client | Information collected at direction of attorney |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 86 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 21-Jun-2004 | Manual / Technical | Klas, Kyle P&G | Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, RA P&G<br>Haynes, Sharon P&G<br>Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.)<br>Winkler, M P&G | Murray, Kevin P&G | Work Product | Draft report re counterfeit investigations |
| 21-Jun-2004 | Email | Klas, Kyle P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Klass, Jeremy M P&G (Esq.)<br>Winkler, Bill M P&G | | Attorney/Client | Email memo re counterfeit investigation |
| 21-Jun-2004 | Email | Winkler, Bill M P&G | Klas, Kyle P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Klass, Jeremy M P&G (Esq.) | Attorney/Client | Email memo re counterfeit investigation |
| 21-Jun-2004 | Correspondence | Huber, Maureen S P&G | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Letter re counterfeit investigation update |
| 21-Jun-2004 | Correspondence | Huber, Maureen S P&G | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Letter re counterfeit investigation update |
| 21-Jun-2004 | Email | Huber, Maureen S P&G<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel LLP | | | Attorney/Client | Email memo re counterfeit investigation update |
| 21-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Hagopian, Gary P&G (Esq.)<br>Miller, Lynne P&G (Esq.) | Attorney/Client | Email memo re counterfeit investigation update |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 87 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 21-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Huggins, Beth A P&G Mahoney, Amanda D P&G Williams, Jay J P&G | | Attorney/Client | Email re litigation prep |
| 21-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Email re litigation prep |
| 21-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Email re litigation prep |
| 21-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Email re litigation prep |
| 21-Jun-2004 | Email | Weinberger, Harold of Kramer Levin Naftalis & Frankel LLP | Weinberger, Harold of Kramer Levin Naftalis & Frankel LLP | | Work Product | Email re litigation prep |
| 21-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Email re litigation prep |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 88 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 21-Jun-2004 | Email | Hasselbeck, Rick | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>MoAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | | Attorney/Client | Email memo re counterfeit investigation update |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 89 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 21-Jun-2004 | Email | Haynes, Sharon P&G | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Carranza, Reuben A P&G<br>McGeeney, John P P&G | Attorney/Client | Email memo to attorney providing updates on counterfeit investigation |
| 21-Jun-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 21-Jun-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 21-Jun-2004 | Email | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |