FILED by EG D.C.
ELECTRONIC
Oct 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 05-21646-CIV-SEITZ/McALILEY

WILLIAM SCHOENBAUM AND
ELAYNE STERN individually, and on
behalf of all others similarly situated,

Plaintiffs,

v.

THE PROCTER & GAMBLE COMPANY,

Defendant.
_________________________________________/

# NOTICE OF FILING

COME NOW, Plaintiffs, WILLIAM SCHOENBAUM and ELAYNE STERN, by and through the undersigned counsel, and hereby separately files this Exhibit C-1, originally part of its Second Amended Class Action Complaint simultaneously E-filed on this 7th day of October, 2005, due to the 75-page limit per document as per Local Rules.

Respectfully Submitted,

**SCHWARTZ ZWEBEN & SLINGBAUM LLP**

By: ____/s/ Gregory E. Schwartz_____

Gregory E. Schwartz, Esq.
Florida Bar No. 095559
Matthew P. Slingbaum, Esq.
Florida Bar No. 0195979
3876 Sheridan Street
Hollywood, Florida 33021
Telephone:(954) 966-2483
Facsimile:(954) 966-2566
mslingbaum@szalaw.com

**-and-**

Michael R. Miller, Esq.
Florida Bar No. 508179
801 NE 167th Street
Second Floor
North Miami Beach, Fl 33162
Telephone: 305-792-9000
Facsimile :305-455-2050
miller@millerlaw.net

## Certificate of Service

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court and to the following ECF Registrants on this 7th day of October, 2005:

**jshapiro@swmwas.com ; and aschachter@swmwas.com .**

____/s/ Gregory E. Schwartz_____
Gregory E. Schwartz, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE PROCTER & GAMBLE COMPANY,

Plaintiff,

- against -

XETAL, INC. d/b/a APO HEALTH, INC. AND UNIVERSAL MEDICAL DISTRIBUTORS, INC. ET. AL.,

Defendants.

04 Civ. 2820 (DRH)

**Plaintiff's Privileged Document Log**

PLAINTIFF'S EXHIBIT C-1

tabbies

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 1 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| Unknown | Memo | Anderskow, Ronald P&G | Anderskow, Ronald P&G | | Work Product | Memorandum re consumer relations strategies |
| Unknown | Report | Anderskow, Ronald P&G | Anderskow, Ronald P&G | | Work Product | draft memorandum re consumer relations strategies |
| Unknown | Report | Hackman, Rick J P&G | Hackman, Rick J P&G | | Work Product | Draft report re consumer relations |
| Unknown | Report | Hackman, Rick J P&G | Hackman, Rick J P&G | | Work Product | Draft report re counterfeit investigation update |
| Unknown | Report | Clements, Walter P&G | Clements, Walter P&G | | Work Product | Draft report re counterfeit investigations |
| Unknown | Email | Hasselbeck, Rick P&G | Achor, Cindy P&G | | Work Product | Email memorandum re consumer relations response |
| Unknown | Presentation Materials | Brennen, Maria P&G | Klas, Kyle P&G | | Work Product | Draft report re counterfeit investigation |
| 3-May-2004 | Report | McAneny, Jack P&G | McAneny, Jack P&G | | Work Product | Report prepared at direction of attorney re counterfeit investigation |
| 3-May-2004 | Report | Chen, Jenny P&G | Clements, Walter P&G | | Work Product | Draft report re counterfeit investigations |
| 8-May-2004 | Memo | Higgins, Tricia P P&G | Rose, Anthony P&G | | Work Product | Attached draft of bulletin re consumer relations responses |
| 18-May-2004 | Email | Dean, Jeff L P&G | Clements, Walter P&G | Arnold, Kathy P&G<br>Murray, Kevin P&G | Work Product | Email memo re counterfeit investigation update |
| 19-May-2004 | Email | Crabtree, Paul J P&G | Maclam, Dennis L P&G<br>Winkler, Bill M P&G | Westemeyer, Bruce G P&G | Work Product | Email update re counterfeit investigations |
| 19-May-2004 | Email | Chen, Jenny P&G | Clements, Walter P&G | | Work Product | Email memo re counterfeit investigation update |
| 20-May-2004 | Report | Chen, Jenny P&G | Klass, Jeremy M P&G (Esq.) | | Work Product | Report re counterfeit investigation |
| 20-May-2004 | Report | Chen, Jenny P&G | Klass, Jeremy M P&G (Esq.) | | Work Product | Pictures re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 2 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 20-May-2004 | Email | Chen, Jenny P&G | Klass, Jeremy M P&G (Esq.)<br>Nichols, Vanessa M P&G | | Attorney/Client | Email memo re counterfeit investigation |
| 21-May-2004 | Email | Klass, Jeremy M P&G (Esq.) | Chen, Jenny P&G | | Attorney/Client | Email responses to attorney request for information re counterfeit investigation |
| 21-May-2004 | Report | Klass, Jeremy M P&G (Esq.) | Klass, Jeremy M P&G (Esq.) | | Work Product | Draft report/Pictures re counterfeit investigation |
| 21-May-2004 | Email | Klass, Jeremy M P&G (Esq.) | Ossman, Kathy K P&G | Walle, Guillermo P&G | Attorney/Client | Email memo re counterfeit investigation |
| 21-May-2004 | Email | Klass, Jeremy M P&G (Esq.) | Underwood, Theresa A P&G | | Attorney/Client | Email memo re counterfeit investigation |
| 21-May-2004 | Email | Hackman, Rick J P&G | Christensen, Cherryl J P&G | Clements, Walter P&G<br>Deaton, Leslie A P&G<br>Fendinger, Nick J P&G<br>Glazerman, Chuck P&G<br>Grace, Virginia P&G<br>Klass, Jeremy M P&G (Esq.)<br>Lane, Jeff A P&G<br>McAneny, Jack P&G | Attorney/Client | Email memo re counterfeit investigation |
| 21-May-2004 | Report | Chen, Jenny P&G | Klass, Jeremy M P&G (Esq.) | | Work Product | Draft Report re counterfeit investigation |
| 21-May-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 21-May-2004 | Email | Hackman, Rick J P&G | Christensen, Cherryl J P&G | Clements, Walter P&G<br>Deaton, Leslie A P&G<br>Fendinger, Nick J P&G<br>Glazerman, Chuck P&G<br>Grace, Virginia P&G<br>Klass, Jeremy M P&G (Esq.)<br>Lane, Jeff A P&G<br>McAneny, Jack P&G | Attorney/Client | Email update re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 3 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 21-May-2004 | Email | Klass, Jeremy M P&G (Esq.) | Chen, Jenny<br>Walle, Guillermo P&G | Clements, Walter P&G<br>Cornwell, Lori P&G<br>Glazerman, Chuck P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Marsh, Anitra P&G<br>Miller, Brent R P&G<br>Nichols, Vanessa M P&G | Attorney/Client | Email update from attorney re counterfeit investigation |
| 21-May-2004 | Email | Glazerman, Chuck P&G | Warwar, Vitor P&G | Chen, Jenny P&G<br>Clements, Walter P&G<br>Cornwell, Lori P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Marsh, Anitra P&G<br>Miller, Brent R P&G<br>Nichols, Vanessa M P&G<br>Walle, Guillermo P&G | Work Product | Report prepared at the direction of attorney |
| 24-May-2004 | Email | Hagopian, Gary P&G (Esq.) | Hasselbeck, Rick P&G | Debruyne, Yves P&G<br>Klass, Jeremy M P&G (Esq.)<br>Moyer, David P&G (Esq.) | Attorney/Client | Email memorandum re consumer relation strategies |
| 24-May-2004 | Email | Moyer, David P&G (Esq.) | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Hagopian, Gary P&G (Esq.)<br>Hartman, Barbara S P&G<br>Klass, Jeremy M P&G (Esq.) | Attorney/Client | Email memo re counterfeit investigation |
| 24-May-2004 | Email | Moyer, David P&G (Esq.) | Klass, Jeremy M P&G (Esq.) | Hagopian, Gary P&G (Esq.) | Attorney/Client | Email memo re counterfeit investigation |
| 24-May-2004 | Email | Evenson, Eric T P&G<br>McAneny, Jack P&G | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 4 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 24-May-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 24-May-2004 | Email | Grobman, Mark L P&G | Hartman, Barbara S P&G | Bedar, Cheryl P&G<br>Grammerstorf, Jan P P&G | Attorney/Client | Attorney communications re counterfeit investigations |
| 25-May-2004 | Email | Hagopian, Gary P&G (Esq.) | Moyer, David P&G (Esq.) | Klass, Jeremy M P&G (Esq.) | Attorney/Client | Email memo re counterfeit investigation update |
| 25-May-2004 | Email | Cornwell, Lori P&G | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Cook, Doug C P&G<br>Glazerman, Chuck P&G | Chen, Jenny P&G<br>Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Marsh, Anitra P&G<br>Miller, Brent R P&G<br>Nichols, Vanessa M P&G<br>Walle, Guillermo P&G<br>Warwar, Vitor P&G | Attorney/Client<br>Work Product | Email memorandum re consumer relation strategies |
| 25-May-2004 | Email | Arnold, Kathy P&G | Walle, Guillermo P&G | Chen, Jenny P&G<br>Goolsby, Laura M P&G<br>Kidd, Jennifer C P&G<br>Klass, Jeremy M P&G (Esq.)<br>Small, Lynn E P&G<br>Westemeyer, Bruce G P&G | Attorney/Client<br>Work Product | Email memorandum re consumer relation strategies |
| 25-May-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 25-May-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 26-May-2004 | Email | Dean, Jeff L P&G | Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Draft report re counterfeit investigations |
| 27-May-2004 | Memo | Geis, Phil A P&G | | | Work Product | Draft report re counterfeit investigations |
| 27-May-2004 | Email | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email memo re counterfeit investigation |
| 27-May-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 27-May-2004 | Email | Evenson, Eric T P&G | Evenson, Deb P&G | | Attorney/Client | Email memorandum re counterfeiting investigations |
| 27-May-2004 | Email | Klass, Jeremy M P&G (Esq.) | McAneny, Jack P&G | Grammerstorf, Jan P P&G | Attorney/Client | Attorney communications re counterfeit investigations |
| 27-May-2004 | Email | Clements, Walter P&G | Arszman, Larry J P&G | | Attorney/Client | Email update re counterfeit investigation |
| 28-May-2004 | Memo | Evenson, Eric T<br>Geis, Phil A | Cornwell, Lori P&G | | Work Product | Memorandum re consumer relations strategies |
| 28-May-2004 | Memo | Evenson, Eric T<br>Geis, Phil A | | | Work Product | Attached draft of bulletin re consumer relations responses |
| 28-May-2004 | Email | Murray, Kevin P&G | Klass, Jeremy M P&G (Esq.) | Huber, Maureen S P&G<br>Klas, Kyle P&G | Attorney/Client | Email memo re counterfeit investigation |
| 28-May-2004 | Email | Klass, Jeremy M P&G (Esq.) | Merritt, Hume G P&G | | Attorney/Client | Email memo re counterfeit investigation |
| 28-May-2004 | Report | Armstrong, Chris P&G | Klass, Jeremy M P&G (Esq.) | Evenson, Eric T P&G<br>Geis, Phil A P&G<br>Underwood, Theresa A P&G<br>Zerkle, Tanya P&G | Work Product | Draft report re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 6 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 28-May-2004 | Email | Klass, Jeremy M P&G (Esq.) | McAneny, Jack P&G | Merritt, Hume G P&G | Attorney/Client | Email memo re counterfeit investigation |
| 28-May-2004 | Email | Kennedy, Jim L P&G | Clements, Walter P&G | Klass, Jeremy M P&G (Esq.) | Attorney/Client | Email memo re counterfeit investigation update |
| 28-May-2004 *(Estimated)* | Report | Hasselbeck, Rick P&G | Klass, Jeremy M P&G (Esq.) Attorney | | Work Product | Report prepared at direction of attorney |
| 28-May-2004 | Email | Armstrong, Chris P&G | Klass, Jeremy M P&G (Esq.) | Evenson, Eric T P&G<br>Geis, Phil A P&G<br>Underwood, Theresa A P&G<br>Zerkle, Tanya P&G | Attorney/Client | Response email to attorney's request for information re contamination investigation |
| 28-May-2004 | Memo | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Geis, Phil A P&G | McAneny, Jack P&G | Evenson, Eric T P&G<br>Geis, Phil A P&G | Work Product | Memorandum re contaminants in counterfeits |
| 28-May-2004 | Memo | Evenson, Eric T P&G<br>Geis, Phil A P&G | Christensen, Cherryl J P&G | | Attorney/Client | Attachment to privileged email communication |
| 28-May-2004 | Email | Armstrong, Chris P&G | Klass, Jeremy M P&G (Esq.) | Evenson, Eric T P&G<br>Geis, Phil A P&G<br>Underwood, Theresa A P&G<br>Zerkle, Tanya P&G | Attorney/Client | Memo prepared at request of attorney re counterfeit investigation |
| 28-May-2004 | Email | Murray, Kevin P&G | Klass, Jeremy M P&G (Esq.) | Huber, Maureen S P&G<br>Klas, Kyle P&G | Attorney/Client | Email memo re counterfeit investigation |
| 29-May-2004 | Email | Pendery, Celia M P&G | Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email memo re counterfeit investigation |
| 1-Jun-2004 *(Estimated)* | Presentation Materials | Cornwell, Lori P&G | Cornwell, Lori P&G | | Work Product | Presentation on counterfeiting investigation strategies |
| 1-Jun-2004 *(Estimated)* | Report | Cornwell, Lori P&G | Cornwell, Lori P&G | | Work Product | Report re investigation tasks |
| 1-Jun-2004 | Email | McAneny, Jack P&G | Cornwell, Lori P&G | Klass, Jeremy M P&G (Esq.) | Attorney/Client | Email request for attorney advice re consumer relations strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 1-Jun-2004 *(Estimated)* | Report | Cornwell, Lori P&G | Cornwell, Lori P&G | | Work Product | Draft report re counterfeit investigations |
| 1-Jun-2004 *(Estimated)* | Article / Publication | Cornwell, Lori P&G | Cornwell, Lori P&G | | Work Product | Draft report re consumer relations communications |
| 1-Jun-2004 | Email | McAneny, Jack P&G | Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email memo re counterfeit investigation |
| 1-Jun-2004 | Email | McAneny, Jack P&G | Cornwell, Lori P&G | Klass, Jeremy M P&G (Esq.) | Attorney/Client | Email memorandum re consumer relation strategies |
| 1-Jun-2004 | Email | Rose, Anthony P&G | Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email memo re counterfeit investigation |
| 1-Jun-2004 | Article / Publication | Evenson, Eric T P&G | Evenson, Eric T P&G | | Work Product | Draft bulletin re consumer relations communications |
| 1-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Grammerstorf, Jan P P&G | | Attorney/Client | Attorney communications re counterfeit investigations |
| 1-Jun-2004 | Email | Cornwell, Lori P&G | McAneny, Jack P&G | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Cook, Doug C P&G<br>Grace, Virginia P&G<br>Klass, Jeremy M P&G (Esq.) | Attorney/Client | Email memorandum re consumer relation strategies |
| 1-Jun-2004 *(Estimated)* | Report | Hackman, Rick J P&G | Hackman, Rick J P&G | | Work Product | Draft report re counterfeit investigation |
| 1-Jun-2004 *(Estimated)* | Article / Publication | Clements, Walter P&G | Clements, Walter P&G | | Work Product | Draft report re consumer relations |
| 1-Jun-2004 *(Estimated)* | Test / Test Result | Zerkle, Tanya P&G | Zerkle, Tanya P&G | | Work Product | Draft report re counterfeit investigations |
| 1-Jun-2004 | Email | Zerkle, Tanya P&G | Triebwasser, Keith C P&G | | Work Product | Forwared email update re counterfeit investigation |
| 1-Jun-2004 *(Estimated)* | Chart / Graph / Table | Achor, Cindy P&G | Achor, Cindy P&G | | Work Product | Draft report re consumer relations |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 8 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 1-Jun-2004 *(Estimated)* | Report | Achor, Cindy P&G | Achor, Cindy P&G | | Work Product | Draft report re counterfeit investigations |
| 2-Jun-2004 | Email | Triebwasser, Keith C P&G | Klass, Jeremy M P&G (Esq.) | Slatt, Barb J P&G | Attorney/Client | Email memo re counterfeit investigation |
| 2-Jun-2004 | Email | Harris, Karen K P&G | Chen, Jenny P&G<br>Clements, Walter P&G<br>Finocharo, John J P&G (Esq.)<br>Underwood, Theresa A P&G | Arnold, Kathy P&G<br>Walle, Guillermo P&G | Work Product | Email memo re consumer relations investigation |
| 2-Jun-2004 | Email | Christensen, Cherryl J P&G | Evenson, Eric T P&G | | Attorney/Client | Email inquiring about attorney comments |
| 2-Jun-2004 | Email | Underwood, Theresa A P&G | Armstrong, Chris P&G<br>Geis, Phil A P&G<br>Zerkle, Tanya P&G | | Work Product | Email memo re consumer relations investigation |
| 2-Jun-2004 | Email | Zerkle, Tanya P&G | Triebwasser, Keith C P&G | | Work Product | Email memo re consumer relations investigation |
| 2-Jun-2004 | Email | Zerkle, Tanya P&G | Shapiro, Ron E P&G | | Work Product | Email memo re consumer relations investigation |
| 2-Jun-2004 | Email | Finocharo, John J P&G (Esq.) Attorney | Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email memo re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 9 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 3-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) Attorney | Christensen, Cherryl J P&G<br>Clements, Walter P&G<br>Dean, Jeff L P&G<br>Evenson, Eric T P&G<br>Gonzalez, Sonsoles P&G<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Merritt, Hume G P&G<br>Miller, Lynne P&G (Esq.)<br>Moyer, David P&G (Esq.)<br>Yee, Leslie M P&G<br>Zerkle, Tanya P&G | | Attorney/Client Work Product | Email memo re counterfeit investigation update |
| 3-Jun-2004 | Email | Christensen, Cherryl J P&G | Evenson, Eric T P&G<br>Geis, Phil A P&G | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Yee, Leslie M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Draft report re counterfeit investigations |
| 3-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Gonzalez, Sonsoles P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Yee, Leslie M P&G | Attorney/Client | Email memorandum re consumer relation strategies |
| 3-Jun-2004 | Email | McAneny, Jack P&G | Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email memorandum re consumer relation strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 10 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 3-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) Attorney | Hagopian, Gary P&G (Esq.) | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Gonzalez, Sonsoles P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Triebwasser, Keith C P&G<br>Yee, Leslie M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Attorney request for information re counterfeit investigation |
| 3-Jun-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 3-Jun-2004 | Email | Christensen, Cherryl J P&G | Shuler, Dennis W P&G | Evenson, Eric T P&G | Work Product | Information prepared at direction of attorney re consumer relations issues |
| 3-Jun-2004 | Email | Christensen, Cherryl J P&G | Christensen, Cherryl J P&G | Evenson, Eric T P&G | Attorney/Client | Email update prepared at direction of attorney re counterfeit investigations |
| 3-Jun-2004 | Email | Christensen, Cherryl J P&G | Evenson, Eric T P&G<br>Geis, Phil A P&G | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Yee, Leslie M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email providing requested information to attorney re contamination investigation |
| 3-Jun-2004 | Email | Christensen, Cherryl J P&G | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.) | Evenson, Eric T P&G<br>Yee, Leslie M P&G | Attorney/Client | Email update to attorney re consumer relations strategies |
| 3-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Gonzalez, Sonsoles P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Yee, Leslie M P&G | Attorney/Client | Attorney directions re consumer relations communications |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 11 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 3-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) Attorney | Hagopian, Gary P&G (Esq.) | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Gonzalez, Sonsoles P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Triebwasser, Keith C P&G<br>Yee, Leslie M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Attorney directions re consumer relations communications |
| 3-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Gonzalez, Sonsoles P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Yee, Leslie M P&G | Attorney/Client | Attorney comments re consumer relations strategies |
| 3-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Triebwasser, Keith C P&G | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Gonzalez, Sonsoles P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Yee, Leslie M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Attorney comments re counterfeit investigation strategies |
| 3-Jun-2004 | Email | Christensen, Cherryl J P&G | Zerkle, Tanya P&G | | Attorney/Client | Information provided at direction of attorney re counterfeit investigations |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 12 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 3-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) Attorney | Hagopian, Gary P&G (Esq.) | Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Gonzalez, Sonsoles P&G<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Triebwasser, Keith C P&G<br>Yee, Leslie M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email update from attorney with directives re counterfeit investigation |
| 3-Jun-2004 | Email | Evenson, Eric T P&G | Long, Tim J P&G<br>Zerkle, Tanya P&G | | Work Product | Email memo re counterfeit investigation update |
| 3-Jun-2004 | Email | Huber, Maureen S P&G | Klas, Kyle P&G | | Work Product | Email memo re counterfeit investigation update |
| 4-Jun-2004 | Test / Test Result | Winkler, Bill M P&G | Murray, Kevin P&G | | Attorney/Client | Information gathered at direction of attorney |
| 4-Jun-2004 | Email | Glazerman, Chuck P&G | Klass, Jeremy M P&G (Esq.) | Clements, Walter P&G<br>Dean, Jeff L P&G | Attorney/Client<br>Work Product | Email memo re counterfeit investigation |
| 4-Jun-2004 | Email | Johnson, Larry C P&G | Glazerman, Chuck P&G | | Work Product | Draft report re counterfeit investigation |
| 4-Jun-2004 | Email | Kennedy, Jim L P&G | Clements, Walter P&G<br>Glazerman, Chuck P&G | Dean, Jeff L P&G<br>Klass, Jeremy M P&G (Esq.)<br>Pendery, Celia M P&G<br>Slatt, Barb J P&G | Attorney/Client | Email bewteen attorneys re counterfeit investigations |
| 4-Jun-2004 | Email | Kennedy, Jim L P&G | Klass, Jeremy M P&G (Esq.) | Clements, Walter P&G<br>Dean, Jeff L P&G<br>Glazerman, Chuck P&G<br>Pendery, Celia M P&G<br>Slatt, Barb J P&G | Attorney/Client | Email memo re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 13 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 4-Jun-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 4-Jun-2004 | Email | Christensen, Cherryl J P&G | Evenson, Eric T P&G | | Work Product | Email memorandum re contamination investigation |
| 4-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Grammerstorf, Jan P P&G | | Attorney/Client | Attorney communications re counterfeit investigations |
| 4-Jun-2004 | Email | Shapiro, Ron E P&G | Gonzalez, Sonsoles P&G<br>Hasselbeck, Rick P&G<br>Rogers, Scott P&G | Hagopian, Gary P&G (Esq.) | Attorney/Client | Email memo re counterfeit investigation |
| 4-Jun-2004 | Email | Klas, Kyle P&G | Huljak, Kristy L P&G | | Work Product | Email memo re counterfeit investigation update |
| 6-Jun-2004 | Email | Klas, Kyle P&G | Cole, Lee H P&G<br>Murray, Kevin P&G | | Work Product | Email memorandum re counterfeiting investigation |
| 6-Jun-2004 | Report | Rose, Anthony P&G | Evenson, Eric T P&G | | Work Product | Draft language for memorandum re consumer relations communications |
| 6-Jun-2004 | Email | Klas, Kyle P&G | Cole, Lee H P&G<br>Murray, Kevin P&G | | Work Product | Email memo re counterfeit investigation |
| 7-Jun-2004 | Email | McAneny, Jack P&G | Cornwell, Lori P&G | | Work Product | Email memorandum re consumer relation strategies |
| 7-Jun-2004 | Email | Shapiro, Ron E P&G | Boyd, Roberta A P&G<br>Bucher, Mike S P&G<br>Crespo, Joaquin P&G<br>Winkler, Bill M P&G | | Work Product | Email providing update to attorney re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 14 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 7-Jun-2004 | Email | Grammerstorf, Jan P P&G | Klass, Jeremy M P&G (Esq.) | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Hartman, Barbara S P&G<br>Hasselbeck, Rick P&G | Attorney/Client | Email re counterfeit investigation |
| 7-Jun-2004 | Notes | Anderskow, Ronald P&G | Anderskow, Ronald P&G | | Attorney/Client | Notes prepared at direction of attorney re counterfeit investigation |
| 7-Jun-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 7-Jun-2004 | Email | Sprague, Art L P&G | Benford, Mark C P&G<br>Grobman, Mark L P&G | Clarke, JD P&G<br>Grammerstorf, Jan P P&G | Work Product | Update email re counterfeiting investigations |
| 7-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Grammerstorf, Jan P P&G<br>Grobman, Mark L P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Rose, Anthony P&G<br>Shapiro, Ron E P&G<br>Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G<br>Robinson, Rob L P&G<br>Rogers, Scott P&G | Attorney/Client | Email memo re counterfeiting investigations |
| 7-Jun-2004 | Email | Zerkle, Tanya P&G | Christensen, Cherryl J P&G | | Attorney/Client | Forwarded email of privileged communications with attorneys re updates on counterfeiting investigations |
| 7-Jun-2004 | Email | Zerkle, Tanya P&G | Evenson, Eric T P&G<br>Marsh, Anitra P&G | Christensen, Cherryl J P&G<br>Hasselbeck, Rick P&G | Work Product | Email update re contamination investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 15 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 8-Jun-2004 | Email | McAneny, Jack P&G | Cornwell, Lori P&G | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Grace, Virginia P&G<br>Long, Tim J P&G | Work Product | Email memorandum re consumer relation strategies |
| 8-Jun-2004 | Email | Winkler, Bill M P&G | Shapiro, Ron E P&G | Boyd, Roberta A P&G<br>King, Bonnie T P&G<br>Maclam, Dennis L P&G<br>Murray, Kevin P&G | Work Product | Email report re counterfeit investigation |
| 8-Jun-2004 | Email | Winkler, Bill M P&G | Harris, Karen K P&G<br>Klas, Kyle P&G<br>Murray, Kevin P&G | Arnold, Kathy P&G<br>Baravetto, John T P&G<br>Hasselbeck, Rick P&G<br>Rogers, Steve C P&G<br>Shapiro, Ron E P&G<br>Walle, Guillermo P&G<br>Zerkle, Tanya P&G | Work Product | Email memo re counterfeit investigation strategies |
| 8-Jun-2004 | Email | Winkler, Bill M P&G | Shapiro, Ron E P&G | Boyd, Roberta A P&G<br>King, Bonnie T P&G<br>Maclam, Dennis L P&G<br>Murray, Kevin P&G | Attorney/Client | Email forwarding email report to attorneys re counterfeit investigation |
| 8-Jun-2004 | Photos | Haynes, Sharon P&G | Klass, Jeremy M P&G (Esq.) | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, RA P&G<br>Sanders, JD P&G<br>Winkler, Bill M P&G | Attorney/Client | Attached photos to privileged communication |
| 8-Jun-2004 | Photos | Haynes, Sharon P&G | Klass, Jeremy M P&G (Esq.) | Hagopian, Gary P&G (Esq.) | Work Product | Attachment to email report re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 16 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 8-Jun-2004 | Email | Higgins, Tricia P P&G | Rose, Anthony P&G | | Work Product | Email forwarding drafts of reports and bulletins re consumer relations responses |
| 8-Jun-2004 | Email | Haynes, Sharon P&G | Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email re counterfeit investigation |
| 8-Jun-2004 | Email | Haynes, Sharon P&G | Klass, Jeremy M P&G (Esq.) | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Sanders, John D P&G<br>Winkler, Bill M P&G | Attorney/Client | Email memo re counterfeit investigation |
| 8-Jun-2004 | Email | Haynes, Sharon P&G | Rivera, Elizabeth P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Sanders, John D P&G | Work Product | Email memorandum re counterfeiting investigations |
| 8-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Gonzalez, Sonsoles P&G<br>Grammerstorf, Jan P P&G<br>Grobman, Mark L P&G<br>Klass, Jeremy M P&G (Esq.)<br>Robinson, Rob L P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Shapiro, Ron E P&G<br>Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Attorney/Client | Attorney comments and advice on ongoing counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 17 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 8-Jun-2004 | Email | Haynes, Sharon P&G | Klass, Jeremy M P&G (Esq.) | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Sanders, John D P&G<br>Winkler, Bill M P&G | Attorney/Client | Forwarding information at the request of attorney |
| 8-Jun-2004 *(Estimated)* | Schematic | Haynes, Sharon P&G | Anderskow, Ronald P&G | | Attorney/Client | Attachments to privileged communication |
| 8-Jun-2004 | Email | Haynes, Sharon P&G | Rivera, Elizabeth P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Sanders, John D P&G | Work Product | Email memorandum re counterfeiting investigations |
| 8-Jun-2004 | Email | Christensen, Cherryl J P&G | McAneny, Jack P&G | Evenson, Eric T P&G<br>Geis, Phil A P&G<br>Rose, Anthony P&G | Work Product | Email memo re consumer relations strategies |
| 8-Jun-2004 | Report | Christensen, Cherryl J P&G | McAneny, Jack P&G | Evenson, Eric T P&G | Work Product | Draft update of counterfeit investigations |
| 8-Jun-2004 | Email | Christensen, Cherryl J P&G | Yee, Leslie M P&G | Evenson, Eric T P&G | Attorney/Client | Information gathered at direction of attorney re consumer relations issues |
| 8-Jun-2004 | Email | McAneny, Jack P&G | Hasselbeck, Rick P&G<br>Rose, Anthony P&G | | Work Product | Email memorandum re consumer relations strategies |
| 8-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Clements, Walter P&G<br>Dean, Jeff L P&G | | Attorney/Client | Email update from attorney re counterfeit investigation |
| 8-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Clements, Walter P&G<br>Dean, Jeff L P&G | | Attorney/Client | Email update from attorney re counterfeit investigation |
| 8-Jun-2004 | Correspondence | Klass, Jeremy M P&G (Esq.) Attorney | Clements, Walter P&G | | Work Product | Communication at request of attorneys |

**THE PROCTER & GAMBLE COMPANY**
**PLAINTIFF'S PRIVILIGE D DOCUMENT LOG**


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 8-Jun-2004 | Email | McAneny, Jack P&G | Cornwell, Lori P&G | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Grace, Virginia P&G<br>Long, Tim J P&G | Work Product | Email memorandum re consumer relations response |
| 8-Jun-2004 | Email | Cornwell, Lori P&G | Long, Tim J P&G<br>McAneny, Jack P&G | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Grace, Virginia P&G | Work Product | Email memorandum re consumer relations response |
| 8-Jun-2004 | Email | Achor, Cindy P&G | Achor, Cindy P&G | | Work Product | Email re counterfeit strategies |
| 8-Jun-2004 *(Estimated)* | Report | Achor, Cindy P&G | Achor, Cindy P&G | | Work Product | Report re counterfeit strategies |
| 8-Jun-2004 | Email | McAneny, Jack P&G | Cornwell, Lori P&G | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Grace, Virginia P&G<br>Long, Tim J P&G | Work Product | Email memorandum re consumer relations response |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 19 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 9-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Grobman, Mark L P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G<br>Jacobs, Cheri P&G | Attorney/Client | Email update re consumer relations strategies and counterfeit investigations |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 20 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 9-Jun-2004 | Meeting Minutes | Hasselbeck, Rick P&G | Anderskow, Ronald<br>Christensen, Cherryl J<br>Finocharo, John J<br>Grammerstorf, Jan P<br>Grobman, Mark L<br>Hagopian, Gary<br>Hasselbeck, Rick<br>King, Bonnie T<br>Klass, Jeremy M<br>List<br>McAneny, Jack<br>Rogers, Scott<br>Sanders, John D<br>Triebwasser, Keith C<br>Winkler, Bill M<br>Zerkle, Tanya | | Attorney/Client | Draft memo attached to email re consumer relations strategies |
| 9-Jun-2004 | Email | Winkler, Bill M P&G | Shapiro, Ron E P&G | Angelo, Vickie L P&G<br>Crespo, Joaquin P&G<br>King, Bonnie T P&G<br>Logue, Russell M P&G<br>Maclam, Dennis L P&G<br>Murray, Kevin P&G<br>Peischl, Gregory C P&G | Work Product | Information prepared at direction of attorney |
| 9-Jun-2004 | Report | Hasselbeck, RA P&G | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Report prepared at direction of attorney |
| 9-Jun-2004 | Email | Winkler, Bill M P&G | Murray, Kevin P&G | | Attorney/Client | Email re counterfeit strategies |
| 9-Jun-2004 | Report | Hasselbeck, RA P&G | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Report prepared at direction of attorney |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 9-Jun-2004 | Email | Winkler, Bill M P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Rogers, Scott P&G | Murray, Kevin P&G<br>Shapiro, Ron E P&G<br>Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Work Product | Email memorandum re counterfeiting investigation |
| 9-Jun-2004 | Email | Murray, Kevin P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Winkler, Bill M P&G | | Work Product | Email memorandum re counterfeiting investigation |
| 9-Jun-2004 | Email | Murray, Kevin P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Winkler, Bill M P&G | | Work Product | Email memorandum re counterfeiting investigation |
| 9-Jun-2004 | Email | Rivera, Elizabeth P&G | Haynes, Sharon P&G | | Work Product | Email memorandum re counterfeiting investigation |
| 9-Jun-2004 | Email | Haynes, Sharon P&G | Rivera, Elizabeth P&G | | Work Product | Email memorandum re counterfeiting investigation |

**THE PROCTER & GAMBLE COMPANY**
**PLAINTIFF'S PRIVILIGE D DOCUMENT LOG**


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 9-Jun-2004 | Memo | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.) Attorney<br>Grammerstorf, Jan P P&G<br>Grobman, Mark L P&G<br>Hagopian, Gary P&G (Esq.) Attorney<br>Hasselbeck, Rick P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.) Attorney<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | | Work Product | Notes prepared at direction of attorney |
| 9-Jun-2004 | Memo | Hasselbeck, Rick P&G | Hasselbeck, Rick P&G | | Work Product | Memo prepared at direction of attorney |
| 9-Jun-2004 | Memo | Hasselbeck, Rick P&G | Hasselbeck, Rick P&G | | Work Product | Memo prepared at direction of attorney |
| 9-Jun-2004 *Estimated)* | Notes | Hasselbeck, Rick P&G | Hasselbeck, Rick P&G | | Work Product | Notes prepared at direction of attorney |
| 9-Jun-2004 | Memo | Anderskow, Ronald P&G | Anderskow, Ronald P&G | | Work Product | Memo prepared at direction of attorney |
| 9-Jun-2004 | Memo | Anderskow, Ronald P&G | Anderskow, Ronald P&G | | Work Product | Memo prepared at direction of attorney |
| 9-Jun-2004 *(Estimated)* | Memo | Anderskow, Ronald P&G | Anderskow, Ronald P&G | | Work Product | Memo prepared at direction of attorney |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 23 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 9-Jun-2004 | Email | Long, Tim J P&G | Rose, Anthony P&G | Achor, Cindy P&G<br>Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.)<br>Marsh, Anitra P&G<br>McAneny, Jack P&G<br>Shapiro, Ron E P&G<br>Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email update with comments on draft memorandum re consumer relations communications |
| 9-Jun-2004 | Email | Christensen, Cherryl J P&G | Long, Tim J P&G | Achor, Cindy P&G<br>Evenson, Eric T P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.)<br>Marsh, Anitra P&G<br>McAneny, Jack P&G<br>Rose, Anthony P&G<br>Shapiro, Ron E P&G<br>Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email comments provided to attorneys re consumer relations communications |
| 9-Jun-2004 | Email | Geis, Phil A P&G | Evenson, Eric T P&G | | Work Product | Email memorandum re contamination investigation |
| 9-Jun-2004 | Email | Arnold, Susan E P&G | Grammerstorf, Jan P P&G | Hagopian, Gary P&G (Esq.)<br>Hartman, Barbara S P&G | Attorney/Client | Email update re counterfeiting investigations |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 9-Jun-2004 | Email | Evenson, Eric T P&G | Christensen, Cherryl J P&G | Geis, Phil A P&G | Work Product | Email memorandum re contamination investigation |
| 9-Jun-2004 | Report | Evenson, Eric T P&G | Christensen, Cherryl J P&G | | Work Product | Attached draft report to email memorandum re contamination investigation |
| 9-Jun-2004 | Report | Evenson, Eric T P&G | Christensen, Cherryl J P&G | | Work Product | Attached draft report to email memorandum re contamination investigation |
| 9-Jun-2004 | Personnel | Evenson, Eric T P&G<br>Geis, Phil A P&G | Christensen, Cherryl J P&G | | Work Product | Attached draft report to email memorandum re contamination investigation |
| 9-Jun-2004 | Notes | Christensen, Cherryl J P&G | Christensen, Cherryl J P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 9-Jun-2004 | Email | McAneny, Jack P&G | Rose, Anthony P&G | | Work Product | Email memorandum re consumer relation strategies |
| 9-Jun-2004 | Email | McAneny, Jack P&G | Hasselbeck, Rick P&G | | Work Product | Email memorandum re consumer relation strategies |
| 9-Jun-2004 | Email | Rose, Anthony P&G | McAneny, Jack P&G | | Work Product | Email memorandum re consumer relation strategies |
| 9-Jun-2004 | Email | McAneny, Jack P&G | Hackman, Rick J P&G | | Work Product | Email memorandum re consumer relations response |
| 9-Jun-2004 | Email | McAneny, Jack P&G | Brennen, Maria P&G | | Work Product | Email memorandum re consumer relation strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 25 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 9-Jun-2004 | Email | Long, Tim J P&G | Rose, Anthony P&G | Achor, Cindy P&G<br>Christensen, Cherryl J P&G<br>Evenson, Eric T P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.)<br>Marsh, Anitra P&G<br>McAneny, Jack P&G<br>Shapiro, Ron E P&G<br>Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Work Product | Email memorandum re consumer relations response |
| 9-Jun-2004 | Email | Christensen, Cherryl J P&G | Long, Tim J P&G | Achor, Cindy P&G<br>Evenson, Eric T P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.)<br>Marsh, Anitra P&G<br>McAneny, Jack P&G<br>Rose, Anthony P&G<br>Shapiro, Ron E P&G<br>Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Work Product | Email memorandum re consumer relations response |
| 9-Jun-2004 | Memo | Anderskow, Ronald P&G | Clements, Walter P&G | | Work Product | Email re counterfeit strategies |

**THE PROCTER & GAMBLE COMPANY**
**PLAINTIFF'S PRIVILIGE D DOCUMENT LOG**
**Page 26 of 136**

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 9-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Grobman, Mark L P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G<br>Jacobs, Cheri P&G | Work Product | Notes prepared at direction attorney |
| 9-Jun-2004 | Meeting Minutes | Hasselbeck, Rick P&G | Clements, Walter P&G | | Work Product | Attached to privileged communication |
| 9-Jun-2004 | Email | McAneny, Jack P&G | Clements, Walter P&G<br>Klass, Jeremy M P&G (Esq.) | Hackman, Rick J P&G | Attorney/Client | Email update re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 27 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 9-Jun-2004 | E-mail | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Grobman, Mark L P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G<br>Jacobs, Cheri P&G | Work Product | Email update re consumer relations strategies |
| 9-Jun-2004 | Email | Christensen, Cherryl J P&G | Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Yee, Leslie M P&G | Work Product | Email memo re counterfeit investigation update |
| 9-Jun-2004 | Email | Zerkle, Tanya P&G | Christensen, Cherryl J P&G | | Work Product | Email memo re counterfeit investigation update |
| 9-Jun-2004 | Email | Winkler, Bill M P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Rogers, Scott P&G | Murray, Kevin P&G<br>Shapiro, Ron E P&G<br>Triebwasser, Keith C P&G<br>Zerkle, Tanya P&G | Work Product | Email memo re counterfeit investigation update |
| 9-Jun-2004 *(Estimated)* | Test / Test Result | Winkler, Bill M P&G | Zerkle, Tanya P&G | | Work Product | Draft report re counterfeit investigations |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 28 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 9-Jun-2004 | Report | Evenson, Eric T P&G<br>Geis, Phil A P&G | Zerkle, Tanya P&G | | Work Product | Attached report to email memo re contamination investigation |
| 9-Jun-2004 | Email | Grace, Virginia P&G | Cornwell, Lori P&G | Achor, Cindy P&G<br>Brennen, Maria P&G<br>Long, Tim J P&G<br>McAneny, Jack P&G | Work Product | Email memorandum re consumer relations response |
| 9-Jun-2004 | Meeting Minutes | Hasselbeck, Rick P&G | Achor, Cindy P&G | | Work Product | Notes prepared at direction of attorney |
| 9-Jun-2004 | Memo | Rose, Anthony P&G | Finocharo, John J P&G (Esq.) Attorney | | Work Product | Notes prepared at direction of attorney |
| 9-Jun-2004 | Memo | Rose, Anthony P&G | Finocharo, John J P&G (Esq.) Attorney | | Work Product | Notes prepared at direction of attorney |
| 9-Jun-2004 | Email | Klas, Kyle P&G | Westemeyer, Bruce G P&G | | Work Product | Email memo re counterfeit investigation update |
| 9-Jun-2004 | Email | Klas, Kyle P&G | Murray, Kevin P&G | | Work Product | Email memo re counterfeit investigation update |
| 9-Jun-2004 | Email | Murray, Kevin P&G | Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Winkler, Bill M P&G | | Work Product | Email memo re counterfeit investigation update |
| 10-Jun-2004 | Report | Cornwell, Lori P&G | Cornwell, Lori P&G | | Work Product | Draft report re consumer relations strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 29 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 10-Jun-2004 | Email | Achor, Cindy P&G | Brennen, Maria P&G<br>Cornwell, Lori P&G<br>Cross, Cindy P&G<br>Geiger, Annette P&G<br>Goebel, Bob P&G<br>Grace, Virginia P&G<br>Holtgrefe, ML P&G<br>Kimble, Joan P&G<br>Mayer, Donald L P&G<br>McCarthy, Mary G P&G<br>McFarland, Kelly P&G<br>Perin, Wayne A P&G<br>Rowekamp, Leslie P&G | Hein, Cecie L P&G<br>Pohlmeyer, Beth M P&G<br>Schultz, Karla A P&G<br>Whiting, Michael D P&G | Work Product | Email re counterfeit investigation strategies |
| 10-Jun-2004 | Email | Winkler, Bill M P&G | Rogers, Scott P&G | Boyd, Roberta A P&G<br>Hagopian, Gary P&G (Esq.)<br>King, Bonnie T P&G<br>Murray, Kevin P&G<br>Shapiro, Ron E P&G | Attorney/Client | Email re counterfeit investigation |
| 10-Jun-2004 | Email | Klas, Kyle P&G | Murray, Kevin P&G<br>Rogers, Scott P&G<br>Winkler, Bill M P&G | Boyd, Roberta A P&G<br>Hagopian, Gary P&G (Esq.)<br>King, Bonnie T P&G<br>Shapiro, Ron E P&G | Attorney/Client | Email memo re counterfeit investigation |
| 10-Jun-2004 | Email | Marsh, Anitra P&G | Rose, Anthony P&G | | Work Product | Email memorandum re consumer relations strategies |
| 10-Jun-2004 *(Estimated)* | Report | Marsh, Anitra P&G | Rose, Anthony P&G | | Work Product | Attached report to email memorandum re consumer relations strategies |