FILED by EG D.C.
ELECTRONIC
Oct 7 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 05-21646-CIV-SEITZ/McALILEY

WILLIAM SCHOENBAUM AND
ELAYNE STERN individually, and on
behalf of all others similarly situated,

Plaintiffs,

v.

THE PROCTER & GAMBLE COMPANY,

Defendant.

________________________________________/

**NOTICE OF FILING**

COME NOW, Plaintiffs, WILLIAM SCHOENBAUM and ELAYNE STERN, by and through the undersigned counsel, and hereby separately files this Exhibit C-2, originally part of its Second Amended Class Action Complaint simultaneously E-filed on this 7th day of October, 2005, due to the 75-page limit per document as per Local Rules.

Respectfully Submitted,

**SCHWARTZ ZWEBEN & SLINGBAUM LLP**

By: ____/s/ Gregory E. Schwartz_____
Gregory E. Schwartz, Esq.
Florida Bar No. 095559
Matthew P. Slingbaum, Esq.
Florida Bar No. 0195979
3876 Sheridan Street
Hollywood, Florida 33021
Telephone:(954) 966-2483
Facsimile:(954) 966-2566
mslingbaum@szalaw.com

**-and-**

Michael R. Miller, Esq.
Florida Bar No. 508179
801 NE 167th Street
Second Floor
North Miami Beach, Fl 33162
Telephone: 305-792-9000
Facsimile :305-455-2050
miller@millerlaw.net

**Certificate of Service**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court and to the following ECF Registrants on this 7th day of October, 2005:

**jshapiro@swmwas.com ; and aschachter@swmwas.com .**

____/s/ Gregory E. Schwartz_____
Gregory E. Schwartz, Esq.

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 30 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 10-Jun-2004 | Report | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Information gathered at the direction of attorney |
| 10-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G<br>Jacobs, Cheri P&G<br>Marsh, Anitra P&G | Attorney/Client | Notes prepared at direction of attorney |
| 10-Jun-2004 | Manual / Technical | Valkonen, Stefani P&G | Hasselbeck, Rick P&G | | Work Product | Email memorandum re consumer relations strategies |
| 10-Jun-2004 | Report | Marsh, Anitra P&G | Hasselbeck, Rick P&G | | Work Product | Draft memorandum re consumer relations strategies |

PLAINTIFF'S EXHIBIT C-2
tabbies

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 31 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 10-Jun-2004 | Email | McAneny, Jack P&G | Marsh, Anitra P&G | Achor, Cindy P&G<br>Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Cornwell, Lori P&G<br>Grammerstorf, Jan P P&G<br>Hackman, Rick J P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Shapiro, Ron E P&G<br>Triebwasser, Keith C P&G | Work Product | Email update re consumer relation communications |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 32 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 10-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Clements, Walter P&G<br>Cornwell, Lori P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Sanders, John D P&G<br>Winkler, Bill M P&G | Gonzalez, Sonsoles P&G<br>Jacobs, Cheri P&G | Work Product | Email update re counterfeiting investigations |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 33 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 10-Jun-2004 | Email | Marsh, Anitra P&G | McAneny, Jack P&G | Achor, Cindy P&G<br>Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Cornwell, Lori P&G<br>Hackman, Rick J P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Rose, Anthony P&G<br>Shapiro, Ron E P&G<br>Triebwasser, Keith C P&G | Work Product | Email memorandum re consumer relation strategies |
| 10-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) Attorney | Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Moyer, David P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Email update from attorney re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 10-Jun-2004 | Facsimile (Fax) Cover Sheet | Clements, Walter P&G | Cvjetnicanin, Ray of Corporate Consulting Group, LLC | | Work Product | Fax re counterfeit investigation |
| 10-Jun-2004 *(Estimated)* | Memo | Clements, Walter P&G | Cvjetnicanin, Ray of Corporate Consulting Group, LLC | | Work Product | Memo re counterfeit investigation |
| 10-Jun-2004 *(Estimated)* | Report | Clements, Walter P&G | Cvjetnicanin, Ray of Corporate Consulting Group, LLC | | Work Product | Draft report re counterfeit investigations |
| 10-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G<br>Jacobs, Cheri P&G | Attorney/Client | Notes prepared at the direction of attorney |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 10-Jun-2004 | Email | Achor, Cindy P&G | Brennen, Maria P&G<br>Cornwell, Lori P&G<br>Cross, Cindy P&G<br>Geiger, Annette P&G<br>Goebel, Bob P&G<br>Grace, Virginia P&G<br>Holtgrefe, ML P&G<br>Kimble, Joan P&G<br>Mayer, Donald L P&G<br>McCarthy, Mary G P&G<br>McFarland, Kelly P&G<br>Perin, Wayne A P&G<br>Rowekamp, Leslie P&G | Hein, Cecie L P&G<br>Pohlmeyer, Beth M P&G<br>Schultz, Karla A P&G<br>Whiting, Michael D P&G | Work Product | Email memo re counterfeit investigation update |
| 10-Jun-2004 | Email | Perin, Wayne A P&G | Achor, Cindy P&G | | Work Product | Email memorandum re consumer relation strategies |
| 10-Jun-2004 | Report | Finocharo, John J P&G (Esq.) Attorney<br>Marsh, Anitra P&G | | | Work Product | draft bulletin prepared at direction of attorney |
| 10-Jun-2004 | Email | Cole, Lee H P&G | Hollmaier, Lori J P&G<br>Klas, Kyle P&G | | Work Product | Email memo update on counterfeit investigations |
| 11-Jun-2004 | Email | Williams, Jay J P&G | Shapiro, Ron E P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Bucher, Mike S P&G<br>Crespo, Joaquin P&G<br>King, Bonnie T P&G<br>Murray, Kevin P&G | Work Product | Email memorandum re counterfeiting investigation |
| 11-Jun-2004 | Report | Williams, Jay J P&G | Murray, Kevin P&G | | Work Product | Attachment to email memo re counterfeiting investigation |
| 11-Jun-2004 | Email | Klas, Kyle P&G | Rogers, Scott P&G | Murray, Kevin P&G<br>Winkler, Bill M P&G | Work Product | Email report re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 36 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 11-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Marsh, Anitra P&G<br>Rose, Anthony P&G | Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.) | Attorney/Client | Attorney comments on draft memo re consumer relations strategies |
| 11-Jun-2004 | Memo | Hagopian, Gary P&G (Esq.)<br>Attorney | Rose, Anthony P&G | | Work Product | Edits to memo prepared at direction of attorney re consumer relations strategies |
| 11-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Marsh, Anitra P&G<br>Rose, Anthony P&G | Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.) | Attorney/Client | Attorney edits to memo re consumer relations strategies |
| 11-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Hagopian, Gary P&G (Esq.) | | Attorney/Client | Email memorandum re consumer relation strategies |
| 11-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Miller, Lynne P&G (Esq.) | | Attorney/Client | Email memo re counterfeit investigation update |
| 11-Jun-2004 | Report | Klass, Jeremy M P&G (Esq.) | Klass, Jeremy M P&G (Esq.) | | Work Product | Attorney notes re counterfeit investigation |
| 11-Jun-2004 | Notes | Hasselbeck, Rick P&G | Hasselbeck, Rick P&G | | Work Product | Notes prepared at direction of attorney |
| 11-Jun-2004 | Email | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.) | Grobman, Mark L P&G<br>Hartman, Barbara S P&G | Work Product | Email re counterfeit investigation |
| 11-Jun-2004 | Report | Hasselbeck, Rick P&G | Hasselbeck, Rick P&G | | Work Product | Notes prepared at direction of attorney |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 11-Jun-2004 | Email | Marsh, Anitra P&G | Hasselbeck, Rick P&G | Achor, Cindy P&G<br>Christensen, Cherryl J P&G<br>Cornwell, Lori P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Jacobs, Cheri P&G<br>King, Bonnie T P&G<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Sanders, John D P&G<br>Thompson, Bryan H P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G | Attorney/Client | Email memo re consumer relations strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 38 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 11-Jun-2004 | Email | Marsh, Anitra P&G | Hasselbeck, Rick P&G | Achor, Cindy P&G<br>Christensen, Cherryl J P&G<br>Cornwell, Lori P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Jacobs, Cheri P&G<br>King, Bonnie T P&G<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Sanders, John D P&G<br>Thompson, Bryan H P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G | Work Product | Email update re consumer relations strategies |
| 11-Jun-2004 | Email | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.) | Grobman, Mark L P&G<br>Hartman, Barbara S P&G | Attorney/Client | Email memo to attorney re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 11-Jun-2004 | Email | Rose, Anthony P&G | Marsh, Anitra P&G | Achor, Cindy P&G<br>Christensen, Cherryl J P&G<br>Cornwell, Lori P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Jacobs, Cheri P&G<br>King, Bonnie T P&G<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Sanders, John D P&G<br>Thompson, Bryan H P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G | Attorney/Client | Comments on draft documents re consumer relations strategies |
| 11-Jun-2004 | Email | Bayliff, Doreen A P&G | Steele, Rob P&G | Carranza, Reuben A P&G | Work Product | Email update re consumer relations strategies |
| 11-Jun-2004 | Email | Geis, Phil A P&G | Evenson, Eric T P&G | | Work Product | Email update re contamination investigation |
| 11-Jun-2004 | Email | Hartman, Barbara S P&G | Obrien, Tom P&G | Grammerstorf, Jan P P&G | Attorney/Client | Email update re counterfeiting investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 11-Jun-2004 | Email | Hasselbeck, Rick P&G | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email update re counterfeiting investigations |
| 11-Jun-2004 | Notes | Christensen, Cherryl J P&G | Christensen, Cherryl J P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 11-Jun-2004 | Email | McAneny, Jack P&G | Hackman, Rick J P&G | | Attorney/Client | Email memorandum re consumer relations response |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 41 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 11-Jun-2004 | Email | Rose, Anthony P&G | Marsh, Anitra P&G | Achor, Cindy P&G<br>Christensen, Cherryl J P&G<br>Cornwell, Lori P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Jacobs, Cheri P&G<br>King, Bonnie T P&G<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Sanders, John D P&G<br>Thompson, Bryan H P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G | Attorney/Client | Email memorandum re consumer relations response |
| 11-Jun-2004 | Email | McAneny, Jack P&G | Marsh, Anitra P&G | Hackman, Rick J P&G | Attorney/Client<br>Work Product | Email memorandum re consumer relations response |
| 11-Jun-2004 | Report | McAneny, Jack P&G | McAneny, Jack P&G | | Work Product | Draft report re consumer relations |
| 11-Jun-2004 | Email | McAneny, Jack P&G | Bernens, David C P&G<br>McCracken, Dave S P&G<br>Valkonen, Stefani P&G | Hackman, Rick J P&G | Attorney/Client | Email memorandum re consumer relations response |
| 11-Jun-2004 | Email | Valkonen, Stefani P&G | McAneny, Jack P&G | Hackman, Rick J P&G | Attorney/Client | Email memorandum re consumer relation strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 11-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Clements, Walter P&G<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Moyer, David P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Email update from attorneys re counterfeit investigation |
| 11-Jun-2004 | Email | Miller, Lynne P&G (Esq.) Attorney | Medina, Marilu L P&G | Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Moyer, David P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | Attorney/Client | Email update from attorney re counterfeit investigation |
| 11-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Clements, Walter P&G<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | | Attorney/Client | Email update from attorney re counterfeit investigation |
| 11-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Clements, Walter P&G | | Attorney/Client | Email update from attorney re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 43 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 11-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP<br>Walter, Clements N P&G<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Email from attorneys re counterfeit investigations |
| 11-Jun-2004 | Email | Rose, Anthony P&G | Marsh, Anitra P&G | Achor, Cindy P&G<br>Christensen, Cherryl J P&G<br>Cornwell, Lori P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Jacobs, Cheri P&G<br>King, Bonnie T P&G<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.) List<br>McAneny, Jack P&G<br>Sanders, John D P&G<br>Thompson, Bryan H P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G | Attorney/Client | Email comments and update re consumer relations strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 44 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 11-Jun-2004 | Email | Williams, Jay J P&G | Shapiro, Ron E P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Bucher, Mike S P&G<br>Crespo, Joaquin P&G<br>King, Bonnie T P&G<br>Murray, Kevin P&G | Work Product | Email memo re counterfeit investigation update |
| 11-Jun-2004 | Correspondence | Williams, Jay J P&G | Zerkle, Tanya P&G | | Work Product | Draft report re counterfeit investigation |
| 11-Jun-2004 | Email | Zerkle, Tanya P&G | Geis, Phil A P&G | | Work Product | Email memo re counterfeit investigation update |
| 11-Jun-2004 | Email | Zerkle, Tanya P&G | Hagopian, Gary P&G (Esq.)<br>Triebwasser, Keith C P&G | | Attorney/Client | Email report to attorney re contamination investigation |
| 11-Jun-2004 | Correspondence | Zerkle, Tanya P&G | Zerkle, Tanya P&G | | Attorney/Client | Draft report attached to privileged email re contamination investigation |
| 11-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Zerkle, Tanya P&G | Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.)<br>Triebwasser, Keith C P&G | Attorney/Client | Attorney comments and advice re contamination investigation and anti-counterfeiting actions |
| 11-Jun-2004 | Email | Geis, Phil A P&G | Zerkle, Tanya P&G | | Work Product | Email memo re counterfeit investigation update |
| 11-Jun-2004 | Email | Zerkle, Tanya P&G | Klas, Kyle P&G | Geis, Phil A P&G<br>Jamieson, Bob A P&G | Attorney/Client | Email discussing legal advice directives from attorneys re anti-counterfeiting actions |
| 11-Jun-2004 | Email | Zerkle, Tanya P&G | Jamieson, Bob A P&G | | Attorney/Client | Email update providing attorney advice re anti-counterfeiting actions |
| 11-Jun-2004 | Email | Achor, Cindy P&G | Brennen, Maria P&G<br>Cornwell, Lori P&G<br>Davitt, Marty P&G<br>Goebel, Bob P&G<br>Harms, Valerie P&G | Holtgrefe, ML P&G<br>Kimble, Joan P&G<br>Perin, Wayne A P&G<br>Rowekamp, Leslie P&G | Work Product | Email memo re counterfeit investigation update |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 11-Jun-2004 *(Estimated)* | Report | Achor, Cindy P&G | Achor, Cindy P&G | | Work Product | Draft report re counterfeit investigation |
| 11-Jun-2004 | Email | Marsh, Anitra P&G | Hasselbeck, Rick P&G | Achor, Cindy P&G<br>Christensen, Cherryl J P&G<br>Cornwell, Lori P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Jacobs, Cheri P&G<br>King, Bonnie T P&G<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Sanders, John D P&G<br>Thompson, Bryan H P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G | Attorney/Client | Email memorandum re consumer relations response |
| 11-Jun-2004 | Memo | Marsh, Anitra P&G | Finocharo, John J P&G (Esq.) Attorney | | Work Product | Memo prepared at direction of attorney |
| 11-Jun-2004 | Email | Klas, Kyle P&G | Rogers, Scott P&G | Murray, Kevin P&G<br>Winkler, Bill M P&G | Work Product | Email memo re counterfeit investigation |
| 11-Jun-2004 | Email | Cornwell, Lori P&G | Klas, Kyle P&G | Brennen, Maria P&G | Work Product | Email memo re counterfeit investigation update |
| 11-Jun-2004 | Email | Klas, Kyle P&G | Rogers, Scott P&G | Murray, Kevin P&G<br>Winkler, Bill M P&G | Attorney/Client | Email memo re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 12-Jun-2004 | Email | Klas, Kyle P&G | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.) List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Attorney/Client | Email re counterfeit investigations |
| 12-Jun-2004 | Email | Marsh, Anitra P&G | McAneny, Jack P&G | Hackman, Rick J P&G | Attorney/Client Work Product | Email memorandum re consumer relations response |
| 13-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Huber, Maureen S P&G | | Attorney/Client | Attorney communications |
| 13-Jun-2004 | Email | Cvjetnicanin, Ray of Corporate Consulting Group, LLC | Clements, Walter P&G | | Work Product | Email re counterfeit investigations |
| 14-Jun-2004 | Report | Marsh, Anitra P&G | Cornwell, Lori P&G | | Work Product | Draft memo re consumer relations communications |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 14-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P. P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G<br>Jacobs, Cheri P&G | Attorney/Client | Email update re consumer relations strategies |
| 14-Jun-2004 | Email | Klas, Kyle P&G | Cornwell, Lori P&G | Achor, Cindy P&G<br>Brennen, Maria P&G | Work Product | Email memorandum re consumer relations response |
| 14-Jun-2004 | Email | Goebel, Bob P&G | Cornwell, Lori P&G | | Work Product | Email memorandum re consumer relation strategies |
| 14-Jun-2004 | Email | Cornwell, Lori | Hasselbeck, Rick P&G | Achor, Cindy P&G<br>Brennen, Maria P&G | Work Product | Email draft of report re consumer relations strategies |
| 14-Jun-2004 | Email | Marsh, Anitra P&G | Rose, Anthony P&G | | Attorney/Client | Email containing legal advice re consumer relations |
| 14-Jun-2004 | Email | Marsh, Anitra P&G | Hale, Sue M P&G<br>Otto, Charlotte R P&G | Rose, Anthony P&G | Attorney/Client | Email containing legal advice re consumer relations |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 14-Jun-2004 | Report | Marsh, Anitra P&G<br>Rose, Anthony P&G | | | Work Product | Draft including legal advice re consumer relations |
| 14-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Klass, Jeremy M P&G (Esq.) | Miller, Lynne P&G (Esq.) | Attorney/Client | Email memorandum re consumer relations response |
| 14-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Klass, Jeremy M P&G (Esq.)<br>Attorney | | Attorney/Client<br>Work Product | Attorney notes on draft memo re counterfeit investigation |
| 14-Jun-2004 | Email | Anderskow, Ronald P&G | Klass, Jeremy M P&G (Esq.) | Carranza, Reuben A P&G<br>Clements, Walter P&G<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G | Attorney/Client | Email memo re counterfeit investigation |
| 14-Jun-2004 | Email | Glazerman, Chuck P&G | Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email memo re counterfeit investigation update |
| 14-Jun-2004 | Email | Medina, Marilu L P&G | Klass, Jeremy M P&G (Esq.) | Aran, Miguel P&G<br>Hagopian, Gary P&G (Esq.)<br>Socarras, Sonimarie M P&G | Attorney/Client | Email memo re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 49 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 14-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G<br>Jacobs, Cheri P&G | Attorney/Client | Email re counterfeit strategies |
| 14-Jun-2004 | Report | Hasselbeck, Rick P&G | Hasselbeck, Rick P&G | | Work Product | Report prepared at direction of attorney |
| 14-Jun-2004 | Notes | Hasselbeck, Rick P&G | Hasselbeck, Rick P&G | | Work Product | Notes prepared at direction of attorney |
| 14-Jun-2004 | Email | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email update re counterfeiting investigation and requesting attorney advice |
| 14-Jun-2004 *(Estimated)* | Report | Grammerstorf, Jan P P&G | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Attachment to privileged email |

**THE PROCTER & GAMBLE COMPANY**
**PLAINTIFF'S PRIVILIGE D DOCUMENT LOG**


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 14-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G | Attorney/Client | Attorney response to inquiries re counterfeit investigation |
| 14-Jun-2004 | Email | Haynes, Sharon P&G | Anderskow, Ronald P&G | Carranza, Reuben A P&G | Work Product | Email update re counterfeit investigation |
| 14-Jun-2004 | Email | Anderskow, Ronald P&G | Steele, Rob P&G | Bayliff, Doreen A P&G<br>Carranza, Reuben A P&G<br>Obrien, Tom P&G | Work Product | Email memo forwarding draft reports re consumer relations strategies |
| 14-Jun-2004 | Memo | Anderskow, Ronald P&G | Anderskow, Ronald P&G | | Work Product | Draft memo attached to email re consumer relations communications |
| 14-Jun-2004 | Memo | Anderskow, Ronald P&G | Anderskow, Ronald P&G | | Work Product | Draft memo attached to email re consumer relations communications |
| 14-Jun-2004 | Email | Anderskow, Ronald P&G | Klass, Jeremy M P&G (Esq.) | Carranza, Reuben A P&G<br>Clements, Walter P&G<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G | Attorney/Client | Email memo re counterfeit investigations and strategies |
| 14-Jun-2004 | Report | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Attachment to privileged email re counterfeit investigation and strategies |
| 14-Jun-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 14-Jun-2004 | Email | Christensen, Cherryl J P&G | Evenson, Eric T P&G | | Work Product | Email update re consumer relations strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 51 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 14-Jun-2004 | Email | Christensen, Cherryl J P&G | Evenson, Eric T P&G<br>Yee, Leslie M P&G | | Work Product | Email update re consumer relations strategies |
| 14-Jun-2004 | Email | Christensen, Cherryl J P&G | Geis, Phil A P&G<br>Morsch, Karen A P&G | Evenson, Eric T P&G | Work Product | Email memorandum re contamination investigation |
| 14-Jun-2004 | Email | Christensen, Cherryl J P&G | Evenson, Eric T P&G<br>Hammel, Rich R P&G<br>Henry, Pam I P&G<br>Hess, Jeff E P&G<br>Kirchner, Bruce B P&G<br>Leslie, Yee M P&G<br>Morales, Jorge A P&G<br>Nicholson, Paul J P&G<br>Stout, Ron P&G | Luebbering, Cindy P&G<br>Morsch, Karen A P&G | Work Product | Email memorandum re contamination investigation |
| 14-Jun-2004 | Email | Christensen, Cherryl J P&G | Evenson, Eric T P&G | | Work Product | Email update re consumer relations strategies |
| 14-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G | Attorney/Client | Attorney communications re counterfeit investigations |
| 14-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Grammerstorf, Jan P P&G | | Attorney/Client | Attorney communications re counterfeit investigations |
| 14-Jun-2004 | Email | Evenson, Eric T P&G | Christensen, Cherryl J P&G | | Work Product | Email memorandum re contamination investigation |
| 14-Jun-2004 | Report | Evenson, Eric T P&G<br>Geis, Phil A P&G | Christensen, Cherryl J P&G | | Work Product | Attached draft report to email memorandum re contamination investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 52 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 14-Jun-2004 | Email | Haynes, Sharon P&G | Klas, Kyle P&G | | Attorney/Client | Email update re counterfeiting investigations |
| 14-Jun-2004 *(Estimated)* | Email | Hasselbeck, Rick P&G | Hasselbeck, Rick P&G | Gonzalez, Sonsoles P&G<br>Jacobs, Cheri P&G | Work Product | Email re counterfeit investigation strategy |
| 14-Jun-2004 | Email | Hasselbeck, Rick P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Christensen, Cherryl J P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Haynes, Sharon P&G<br>King, Bonnie T P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>MnAneny, Jack P&G<br>Rogers, Scott P&G<br>Sanders, John D P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G<br>Zerkle, Tanya P&G | Gonzalez, Sonsoles P&G<br>Jacobs, Cheri P&G | Attorney/Client | Email re counterfeit investigations |
| 14-Jun-2004 | Email | Zerkle, Tanya P&G | Triebwasser, Keith C P&G | | Work Product | Email memo re counterfeit investigation update |
| 14-Jun-2004 | Email | Zerkle, Tanya P&G | Christensen, Cherryl J P&G | | Work Product | Email memo re counterfeit investigation update |
| 14-Jun-2004 | Email | Geis, Phil A P&G | Zerkle, Tanya P&G | | Work Product | Email memo re counterfeit investigation update |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 53 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 14-Jun-2004 | Email | Geis, Phil A P&G | Mahoney, Amanda D P&G | Zerkle, Tanya P&G | Work Product | Email memo re counterfeit investigation update |
| 14-Jun-2004 | Email | Christensen, Cherryl J P&G | Geis, Phil A P&G<br>Zerkle, Tanya P&G | Evenson, Eric T P&G | Work Product | Email memo re counterfeit investigation update |
| 14-Jun-2004 | Email | Klas, Kyle P&G | Cornwell, Lori P&G | Achor, Cindy P&G<br>Brennen, Maria P&G | Work Product | Email memorandum re consumer relations response |
| 14-Jun-2004 | Email | Cornwell, Lori P&G | Hasselbeck, Rick P&G | Achor, Cindy P&G<br>Brennen, Maria P&G | Work Product | Email memorandum re consumer relations response |
| 14-Jun-2004 | Email | Glazerman, Chuck P&G | Krass, Marc S P&G | Clements, Walter P&G<br>Dean, Jeff L P&G<br>Finocharo, John J P&G (Esq.) | Attorney/Client | Email memo re counterfeit investigation |
| 14-Jun-2004 | Report | Klas, Kyle P&G | Klas, Kyle P&G | | Work Product | Draft report re counterfeit investigations |
| 14-Jun-2004 | Email | Westemeyer, Bruce G P&G | Klas, Kyle P&G | | Work Product | Email memo re counterfeit investigation update |
| 14-Jun-2004 | Email | Cornwell, Lori P&G | Klas, Kyle P&G | Achor, Cindy P&G<br>Brennen, Maria P&G | Work Product | Email memo re counterfeit investigation update |
| 14-Jun-2004 | Email | Klas, Kyle P&G | Cornwell, Lori P&G | | Attorney/Client | Email memo re counterfeit investigation |
| 14-Jun-2004 | Email | Klas, Kyle P&G | Cornwell, Lori P&G | Achor, Cindy P&G<br>Brennen, Maria P&G | Work Product | Email memorandum re consumer relations response |
| 15-Jun-2004 | Email | Cornwell, Lori P&G | Cornwell, Lori P&G | Achor, Cindy P&G<br>Brennen, Maria P&G | Work Product | Email memorandum re consumer relations strategies |
| 15-Jun-2004 | Email | Cornwell, Lori P&G | Geiger, Annette P&G | | Work Product | Email memorandum re consumer relations strategies |
| 15-Jun-2004 | Email | Cornwell, Lori P&G | Geiger, Annette P&G<br>Harms, Valerie P&G | | Work Product | Email update re consumer relations strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 54 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 15-Jun-2004 | Email | Harms, Valerie P&G | Cornwell, Lori P&G | | Work Product | Email memo re counterfeit investigation update |
| 15-Jun-2004 | Email | Harms, Valerie P&G | Cornwell, Lori P&G<br>Geiger, Annette P&G | | Work Product | Email memorandum re consumer relations strategies |
| 15-Jun-2004 | Email | Winkler, Bill M P&G | Klas, Kyle P&G<br>Marsh, Anitra P&G<br>Murray, Kevin P&G | King, Bonnie T P&G<br>Shapiro, Ron E P&G | Work Product | Email re counterfeit investigations |
| 15-Jun-2004 | Email | Haynes, Sharon P&G | Klas, Kyle P&G | Murray, Kevin P&G | Work Product | Email memorandum re counterfeiting investigation strategies |
| 15-Jun-2004 | Bulletin | Winkler, Bill M P&G | Winkler, Bill M P&G | | Work Product | Email memorandum re counterfeiting investigation strategies |
| 15-Jun-2004 | Email | Marsh, Anitra P&G | Achor, Cindy P&G<br>Christensen, Cherryl J P&G<br>Cornwell, Lori P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Jacobs, Cheri P&G<br>King, Bonnie T P&G<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Sanders, John D P&G<br>Thompson, Bryan H P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G | | Attorney/Client | Draft report reflecting attorney comments re counterfeit investigation strategies |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 15-Jun-2004 | Email | Marsh, Anitra P&G | Achor, Cindy P&G<br>Christensen, Cherryl J P&G<br>Cornwell, Lori P&G<br>Finocharo, John J P&G (Esq.)<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Jacobs, Cheri P&G<br>King, Bonnie T P&G<br>Klas, Kyle P&G<br>Klass, Jeremy M P&G (Esq.)<br>List<br>McAneny, Jack P&G<br>Sanders, John D P&G<br>Thompson, Bryan H P&G<br>Triebwasser, Keith C P&G<br>Winkler, Bill M P&G | | Attorney/Client | Email memorandum re consumer relation strategies |
| 15-Jun-2004 | Email | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email memo re counterfeit investigation update |
| 15-Jun-2004 | Email | Klas, Kyle P&G | Klass, Jeremy M P&G (Esq.) | | Attorney/Client | Email memo re counterfeit investigation update |
| 15-Jun-2004 | Email | Klas, Kyle P&G | Haynes, Sharon P&G | Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.)<br>Zerkle, Tanya P&G | Attorney/Client | Email memo re counterfeit investigation update |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 15-Jun-2004 | Test / Test Result | Klas, Kyle P&G | Klass, Jeremy M P&G (Esq.) | | Work Product | Draft report re counterfeit investigations |
| 15-Jun-2004 | Email | Grammerstorf, Jan P P&G | Klass, Jeremy M P&G (Esq.) | Clements, Walter P&G<br>Hagopian, Gary P&G (Esq.)<br>Hartman, Barbara S P&G<br>Hasselbeck, Rick P&G<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email memo re counterfeit investigation update |
| 15-Jun-2004 | Email | Clements, Walter P&G | Hagopian, Gary P&G (Esq.) | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Moyer, David P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email memo re counterfeit investigation update |
| 15-Jun-2004 *(Estimated)* | Report | Glazerman, Chuck P&G | Klass, Jeremy M P&G (Esq.) Attorney | | Work Product | Draft report re counterfeit investigations |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG


| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 15-Jun-2004 | Email | Klass, Jeremy M P&G (Esq.) | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Clements, Walter P&G<br>Grammerstorf, Jan P P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email re litigation prep |
| 15-Jun-2004 | Email | Hagopian, Gary P&G (Esq.) | Clements, Walter P&G<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Mutterperl, Mark of Fulbright & Jaworski, LLP<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Anderskow, Ronald P&G<br>Hasselbeck, Rick P&G<br>Medina, Marilu L P&G | Attorney/Client | Email memo re counterfeit investigation |
| 15-Jun-2004 | Email | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.) | Hartman, Barbara S P&G | Attorney/Client | Email memo re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 58 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 15-Jun-2004 | Email | Mutterperl, Mark of Fulbright & Jaworski, LLP | Hagopian, Gary P&G (Esq.)<br>Klass, Jeremy M P&G (Esq.)<br>Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP<br>Miller, Lynne P&G (Esq.)<br>Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | | Attorney/Client | Email re litigation prep |
| 15-Jun-2004 | Email | Lewis, Yehudis of Kramer Levin Naftalis & Frankel, LLP | Klass, Jeremy M P&G (Esq.) | Weinberger, Harold of Kramer Levin Naftalis & Frankel, LLP | Attorney/Client | Email re litigation prep |
| 15-Jun-2004 | Email | Anderskow, Ronald P&G | Kranz, Holly N P&G | Anderskow, Ronald P&G | Work Product | Notes on privileged communication re consumer relations strategies |
| 15-Jun-2004 | Email | Anderskow, Ronald P&G | Vollbrecht, Kimberlee A P&G | Bayliff, Doreen A P&G<br>Carranza, Reuben A P&G | Work Product | Email memorandum re consumer relations responses |
| 15-Jun-2004 | Memo | Anderskow, Ronald P&G | Anderskow, Ronald P&G | | Work Product | Attached draft to email memorandum re consumer relations responses |
| 15-Jun-2004 | Email | Grammerstorf, Jan P P&G | Anderskow, Ronald P&G<br>Carranza, Reuben A P&G<br>Hagopian, Gary P&G (Esq.)<br>Hasselbeck, Rick P&G<br>Klass, Jeremy M P&G (Esq.) | Hartman, Barbara S P&G | Attorney/Client | Email communication to attorney providing update re counterfeit investigation |

THE PROCTER & GAMBLE COMPANY
PLAINTIFF'S PRIVILIGE D DOCUMENT LOG
Page 59 of 136

| Main Date | Doc Type | From | To | CC | Privilege Type | Privilege Comments |
|---|---|---|---|---|---|---|
| 15-Jun-2004 | Email | Haynes, Sharon P&G | Payne, Ed G P&G | Anderskow, Ronald P&G<br>Byer, Andrew A P&G<br>Carranza, Reuben A P&G<br>Lawson, Helen M<br>McGeeney, John P P&G<br>Robinson, Rob L P&G<br>Wojda, Pete J | Work Product | Email memorandum re consumer relations strategies |
| 15-Jun-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 15-Jun-2004 | Notes | Evenson, Eric T P&G | Evenson, Eric T P&G | | Attorney/Client | Notes prepared at direction of attorney re consumer relations and counterfeiting investigation strategies |
| 15-Jun-2004 | Email | Christensen, Cherryl J P&G | Evenson, Eric T P&G<br>Marsh, Anitra P&G | Anderskow, Ronald P&G<br>Cornwell, Lori P&G<br>Hackman, Rick J P&G<br>McAneny, Jack P&G<br>Rose, Anthony P&G | Work Product | Email memorandum re contamination investigation |
| 15-Jun-2004 | Report | Evenson, Eric T P&G | Evenson, Eric T P&G | | Work Product | Draft memorandum re counterfeit investigations and consumer relations communications |
| 15-Jun-2004 | Email | Christensen, Cherryl J P&G | Evenson, Eric T P&G | | Work Product | Email memorandum re contamination investigation |